FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259

Case: 1:08-cv-01467
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/25/2008
Description: FOIA/Privacy Act

v.

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535-0001

## COMPLAINT

Plaintiff, invokes Haines v. Kerner, 404 U.S. 519 (1972), as a Pro se, litigant and asks earnestly this Honorable Court, to allow plaintiff, to proceed as such.

Now comes plaintiff, Michael Penny, N-13945, who presently resides at: Menard Correctional Center, P.O. Box 711,  Menard, IL 62259, complaining of defendant: **FEDERAL BUREAU OF INVEST-IGATION**, and says pursuant to Fed.R.Civ.P. Rule 57 and 65(d).

1). This is a proceedings for Declaratory and Injunctive Relief, pursuant to Fed.R.Civ.P. Rule 57 and 65(d) et seq., in a case of actual controversy arising pursuant to 5 U.S.C § 552(a)(4)(B).

2). So for as herein relevant, the said Federal Freedom of Information/Privacy Act, is to be broadly construed in fa-vor of disclosure, and designed to promote disclosure of inf-ormation, and therefore, the Act is to be construed with the

RECEIVED

AUG 1 5 2008

Clerk, U.S. District and
Bankruptcy Courts

view to disclosure, not secrecy and exemptions from it are not
to be broadly.

3). On September 20, 2006, plaintiff issued a thirteen
part series (FOI/PA) request letter, to the F.B.I. by certi-
fied mail # 7005 0390 0003 9235 4433. And on September 26, 2006,
the F.B.I., was in receipt of plaintiff's request letter by
Section Chief David M. Hardy, of the Record/Information, Dis-
semination Section, Records Management Division.

4). On October 12, 2006, plaintiff received a correspon-
dence letter from David M. Hardy, Section Chief, requesting
additional information before the agency could initiate further
processing of plaintiff's request letter. Specifically, social
security number and place of birth.

5). On October 16, 2006, plaintiff submitted the requested
additional information with a second (FOI/PA) request letter
by certified mail # 7005 0390 0003 9235 4587, to the F.B.I.,
c/o: David M. Hardy, Section Chief, 935 Pennsylvania Ave. NW,
Washington D.C. 20535-0001. (See Exhibit A)

6). On October 23, 2006, the F.B.I., c/o: David M.Hardy,
Section Chief, was in receipt of plaintiff's request letter,
as shown by the delivery return receipt. Pursuant to: 5 U.S.C.
§ 552(6)(A), an agency upon any request for records made under
paragraph (1),(2),(3), of this subsection, shall determine
within (10) working days after the receipt of any such request,
whether to comply with such a request and shall immediately
notify the person making such a request of such determination
and the reasons therefore, and of the right of such person to
appeal to the head of the agency, any adverse decision. (See

2

Exhibit B)

7). Pursuant to: 5 U.S.C. § 552(6)(C), with the respect to such request, if the agency fails to comply with the applicable time limit provisions, any person making a request have exhausted their administrative remedies, as the case reflect here and on December 11, 2006, thirty-four (34) working days had past after the receipt of the letter.

8). On December 11, 2006, plaintiff filed an Administrative Appeal due to the non-compliance of plaintiff's request letter received by Section Chief David M. Hardy. (See Exhibit C)

9). On January 17, 2007, David M. Hardy, Section Chief, responded to plaintiff's administrative appeal letter, dated December 11, 2006. This (FOI/PA) Appeal Letter request was issued a regular request number: 1066978-000, this notice was an acknowledgement of receipt regarding the (FOI/PA) request and not an appeal request. (See Exhibit D)

10). In response to (FOI/PA) request # 1066978-000, pursuant to: 5 U.S.C. § 552(6)(C), this provision was not complied with by this agency. On February 26, 2007, which was (28) working days after the receipt of this request before a response was issued by Section Chief David M. Hardy, stating that no records responsive to requestor's (FOI/PA) request letter were located by a search of the automated indices. (See Exhibit E)

11). On February 28, 2007, plaintiff filed an Administrative Appeal letter from the action of the F.B.I., regarding (FOI?PA) request letter # 1066978-000, to the Director, Office of Information and Privacy, United States Dept. of Justice

1425 New York Ave. NW, Suite 11050, Washington D.C. 20530-0001.
(See Exhibit F)

12). On March 16, 2007, plaintiff's Administrative Appeal
letter was received by the Office of Priscilla Jones, Supervisory
Administrative Specialist and on March 30, 2007, plaintiff's
Administrative Appeal, was issued an appeal # 07-0938.
(See Exhibit G)

13). On July 3, 2007, plaintiff received a response, issued
June 28, 2007, by the U.S. Department of Justice, Office
of Information and Privacy, by Janice Galli McLeod, Associate
Director, of the Office of Information and Privacy, regarding
appeal No. 07-0938, from the action of the F.B.I., pertaining
to access of records pertaining to plaintiff and Tammie Brown,
and unnamed third parties. (See Exhibit H)

14). The response stated that after carefully considering
plaintiff's appeal, the Associate Director, Janice Galli McLeod,
affirming on partly modified grounds, the F.B.I.'s, actions
on plaintiff request stated that the F.B.I. informed plaintiff
that their agency could locate no records responsive to plaintiff's
request in its automated indices, and that the associate
director, determined that the FBI's response was correct

15). The modification carefully considered was a statement
issued by the associate director, that the FBI has not search
any of their field offices for records responsive to plaintiff's
request, and yet 28 C.F.R. § 16.3(a) and 16.41(a), (2006)
(request for records held by FBI field offices must be submitted
to the field offices directly), was issued as a modification,
and furthermore, regarding plaintiff's request for re-

4

cords pertaining to Tammie Brown.

16). Plaintiff, was advised that without consent, the official acknowledgement of an investigation confirming or denying the existence of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy.

17). On November 13, 2007, requestor re-submitted the initial request to the Chicago Field Office, properly addressed and sent certified mail # 7004 1350 0005 1674 7202. The FBI, Special Agent Robert D. Grant, 219 So. Dearborn St. Suite 905 Chicago, IL 60604 (See Exhibit I)

18). On January 7, 2008, requestor filed an appeal for failure to respond within the applicable time limit provision prescribed by the Act, to the U.S. Department of Justice, Office of Information and Privacy, to the Director, 1425 New York Ave., Nw, Suite 11050, Washington D.C. 20530-0001 (See Exhibit J)

19). However, on January 17, 2008, David M. Hardy, Section Chief, Records Information and Dissemination Section, Records Management Division, returned requestor's request letter stating that records maintained by the FBI concerning another individual(s) and that my request was forwarded to FBI Headquarters from the Chicago Field Office.

20). And that before my request would be process for records pertaining to another individual(s), they ask that I submit a Privacy Waiver and Certification of Identity Form for each subject of my request. (See Exhibit K)

21). On February 13, 2008, David M. Hardy, issued request

numbers assigned to each subject of requestor's request; Request No. 1109695-000-Penny, Michael; Request No. 1109696-000-Penny, Jonathan; Request No. 1109697-Penny, Clara; and acknowledge that his office was in receipt of my (FOI/PA).

22). On February 22, 2008, requestor submitted the appropriate forms, the Privacy Waiver and Certification of Identity forms for the requested information regarding the subjects at question. (See Exhibit O)

23). On March 10, 2008, David M. Hardy, responded to Request No. 1111254-000, Subject: Brown, Tammie, and Request No. 1111255-000, Subject: Williams, Rodney, "No records responsive to request were located by a search of the automated indices. (See Exhibit P and Q)

24). On March 11, 2008 Priscilla Jones, Supervisory Administrative Specialist, issued a response to requestor's January 7, 2008, appeal letter from the failure of the FBI to respond to requestor's request for access to records, a member of her staff had been advised by the FBI that it has no record of receiving requestor's request. Accordingly, by copy of her correspondence, her office was referring requestor's FOI/PA) request letter to the FBI for processing and direct response to requestor, and that requestor may appeal any future adverse determination made by the FBI. (See Exhibit R)

25). On March 12, 2008, David M. Hardy, Section Chief, Record/Information, Dissemination Section, Records Management Division, issued a response regarding Request No. 1109697-000-Penny, Clara and Request No. 1109696-000-Penny, Jonathan, stating that no records responsive to requestor's request were

6

located by a search of the automated and manual indices, and
that requestor may file an Administrative Appeal. (See **Exhibit
S and T**)

26). On March 18, 2008, requestor appealed the response
issued by David M. Hardy, pertaining to Request No. 11111254-
000-Brown, Tammie and Request No. 1111255-000-Williams, Rodney
for no records responsive to request were located by their se-
arch, issued March 10, 2008. (See **Exhibit U**)

27). On March 18, 2008, requestor submitted to Priscilla
Jones, Supervisory Specialist, an appeal letter appealing her
decision to forward the Appeal letter regarding the November
9, 2007, (FOIA) request letter that was submitted to the Chi-
cago Field Office for processing, but failed to timely process
the request pursuant to the provision of this Act. (See **Exhi-
bit V**)

28). On April 8, 2008, plaintiff received from the Office
of Information and Privacy , notice of plaintiff's Administr-
ative Appeal for Request No. 1111254-Brown, Tammie and Request
No. 1111255-Williams, Rodney that was submitted on March 18,
2008, from plaintiff regarding the action of the FBI, both
Administrative Appeals were assigned appeal numbers for subj-
ect: 08-1399-Brown, Tammie and 08-1398-Williams, Rodney. (See
**Exhibit W**)

29). On April 14, 2008, plaintiff received from the Office
of Information and Privacy, notice of receipt of plaintiff's
Administrative Appeal that was submitted to Priscilla Jones,
Supervisory Specialist, an appeal letter appealing her decis-
ion to forward, plaintiff's (FOI/PA) request letter for proc-

cessing and direct response, each subject was assign an appeal No. 08-1469-Penny, Michael; 08-1470-Penny, Jonathan; 08-1471-Penny, Clara; 08-1472-Brown, Tammie; 08-1473-Williams, Rodney. (See Exhibit X)

30). On April 24, 2008, plaintiff received from the Office of Information and Privacy, which has the responsibility for adjudicating appealing, its determination regarding the March 18, 2008, appeal letter. The decision affirmed the FBI's response that their decision was correct and that it conducted an adequate reasonable search for records responsive to plaintiff's request for appeal No. 08-1472-Brown, Tammie and 08-1473-Williams, Rodney, and that it could locate no records responsive to plaintiff's request. (See Exhibit Y)

31). On April 29, 2008, plaintiff received from the Office of Information and Privacy, which has the responsibility for adjudicating appeals, its determination regarding the March 18, 2008, appeal letter. The decision affirmed the FBI's response that their decision was correct and that it conducted an adequate reasonable search for records responsive to plaintiff request for appeal No. 08-1398 and 08-1399, pertaining to subject: Tammie Brown and Rodney Williams. (See Exhibit Z)

32). On April 29, 2008, plaintiff received from the Office of Information and Privacy, which has the responsibility for adjudicating appeals, its determination regarding the March 11, 2008, was a mistake and that they regret any confusion that this administrative error may have caused; however after carefully considering plaintiff's appeal, the decision to affirm the FBI's action was due because an adequate, reasonable

search for records responsive was conducted and no records re-
sponsive to plaintiff's request was found. (See Exhibit AA)

33). On June 16, 2008, plaintiff received from the Office
of the FBI Headquarters, a response that it furthered my FOI/
PA request. The agency through a search of their indices their
central records system at FBI Headquarters reflected there
were documents potentially responsive to plaintiff's request.
However, the agency has attempted to obtain this alleged mat-
erial, so that it could be reviewed for responsiveness, but
they were advised the records were not in their expected loc-
ation and could not be located. (See Exhibit BB)

34). On June 18, 2008, plaintiff appealed the failure of
the agency to disclose the requested documents or records, to
the Co-Director, Office of Information and Privacy, U.S. Depa-
rtment of Justice, 1425 New York Ave., NW, Suite 11050, Wash-
ington, D.C. 20530-0001. (See Exhibit CC)

35). Due to the actual controversy arising from the June
10, 2008, notification pursuant to 5 U.S.C. § 552/552(a), from
David M. Hardy Section Chief, Record/Information, Dissemination
Section, Records Management Division, that through a search of
their indices to their central records system at FBI Headquar-
ters reflected there were documents potentially resposible to
plaintiff's request. (See Exhibit BB)

36). However, their office has attempted to obtain the ma-
terial, so that it could be reviewed for responsiveness, but
they were advised the records were not in there expected loca-
tion and could not be located, and following a reasonable wa-
iting period, another attempt was made to obtain the requested

9

material, and this attempt was also met with unsuccessful re-
sults, and therefore, they are closing plaintiff's request.

37). Plaintiff, has allowed this agency every opportunity
to comply with the terms of this Act, On September 20, 2006,
plaintiff submitted a thirteen part series (FOI/PA) Request,
and on October 12, 2006, plaintiff received a notification le-
tter from David M. Hardy Section Chief requesting additional
information before the agency could initiate further process-
ing of plaintiff's request. (See Exhibit A)

38). However, pursuant to: 5 USC § 552(a)(6)(C)(i), this
agency failed to comply with the applicable time limit provis-
ion, and on December 11, 2006, plaintiff filed an Administrat-
ive Appeal in spite of their failure to respond pursuant to
Section 552(a)(6)(C)(i), being violated by this agency perta-
ining to this particular request No. 1066978-000. (See Exhibit
C)

39). The agency knew that this failure to respond to the
time provision was grounds to file pursuant to: 5 USC § 552(a)
(4)(B), and on March 16, 2007, Priscilla Jones, Supervisory
Administrative Specialist, issued an appeal No. 07-0938, and
this effort was denied on July 3, 2007. (See Exhibit H)

40). On November 13, 2007, plaintiff re-submitted the th-
irteen part series request to the Chicago Field Office, and
this request has develope into the actual controversy over dis-
closuer of information maintained by this agency, this request
was properly addressed and sent certified mail # 7004 1350
0005 1614 7202, in c/o: Special Agent Robert D. Grant, 219 So.
Dearborn St., Suite 905, Chicago, IL 60604. (See Exhibit I)

41). Again, this agency failed to comply with the time provision of the (FOI/PA), and on January 7, 2008, plaintiff filed an Appeal for failure to respond with the applicable time limit provision prescribed by the Act.

42). Plaintiff invokes the provisions of this Act, and will exercise his right pursuant to: 5 USC § 552(a)(4)(B),(F), and 5 USC § 552(a)(6)(C)(i), and plaintiff, is requesting a Jury Trial pertaining to this Complaint.

WHEREFORE, plaintiff prays that this Honorable Court grant relief for disclosure and other relief the Court deems appropriate.

Date: _Aug 13_____ , 2008

Respectfully submitted,
/s/ *Michael Penny*
Michael Penny (N-13945
P.O. Box 711
Menard, IL 62259
Pro se

11

MICHAEL PENNY N-13945

vs.

FEDERAL BUREAU INVESTIGATION


## APPENDIX

1). Exhibit A- 5 of 5

2). Exhibit B- 1 of 1

3). Exhibit C- 2 of 2

4). Exhibit D- 1 of 1

5). Exhibit E- 1 of 1

6). Exhibit F- 2 of 2

7). Exhibit G- 1 of 1

8). Exhibit H- 1 of 1

9). Exhibit I- 8 of 8

10). Exhibit J- 5 of 5

11). Exhibit K- 1 of 1

12). Exhibit L- 1 of 1

13). Exhibit M- 1 of 1

14). Exhibit N- 1 of 1

15). Exhibit O- 7 of 7

16). Exhibit P- 1 of 1

17). Exhibit Q- 1 of 1

18). Exhibit R- 1 of 1

19). Exhibit S- 1 of 1

20). Exhibit T- 1 of 1

21). Exhibit U- 3 of 3

22). Exhibit V- 2 of 2

23). Exhibit W- 2 of 2

24). Exhibit X- 5 of 5

25). Exhibit Y- 2 of 2

26). Exhibit Z- 1 of 1

27). Exhibit AA- 3 of 3

28). Exhibit BB- 1 of 1

29). Exhibit CC- 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF ILLINOIS )
                 )SS
COUNTY OF RANDOLPH)

## AFFIDAVIT

I, Michael Penny, N-13945, declare under oath and penalty of perjury, the following statement to be true and correct to the best of my knowledge and belief in support of attached: Complaint pursuant to 5 USC § 552(a)(4)(B), and Application to Proceed without Prepayment of Fees Affidavit, Collection of Fees from Trust Account forms, and Six Month Audit.

1). I am Plaintiff in the above caption.

2). I have read the Complaint and have knowledge of its contents and supporting documentation; and

3). Under penalties as provided by law pursuant to 28 USC 1746, 18 USC 1621, I declare, under penalty of perjury, that I am a named party in the action, that the information contained therein is true and correct to the best of my knowledge.

Date: _Aug 13_____, 2008          /s/ _Michael Penny_
                                     Michael Penny N-13945
                                     P.O. Box 711
                                     Menard, IL 62259
                                     Pro se

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST FORM

5 U. S. C. 552

5 U. S. C. 552(a)

REQUESTOR'S NAME

DATE REQUESTED *9/20/06*

MICHAEL PENNY N-13945
P. O. BOX 711
MENARD, IL 62259

CERTIFICATION (YES)

RE: WARRANT OF SEIZURE & MONITION No. 89 C 2736

UNITED STATES OF AMERICA
            PLAINTIFF,
            V.
- ALL ASSETS & EQUIPMENT OF WEST SIDE BUILDING CORPORATION, 1801 WEST ADAMS St. CHICAGO, IL 60612. ET. AL.

- ALL ASSETS & EQUIPMENT OF H & J CONSTRUCTION COMPANY, 1759 WEST ADAMS St, CHICAGO, IL 60612. ET. AL.

JONATHAN PENNY & CLARA PENNY
            DEFEDANTS ET. AL.

            &
CLARA PENNY No. 89 C 2736
            CLAIMANTS ET. AL.

            &
U. S. DEPARTMENT OF JUSTICE

- UNITED STATES MARSHALS SERVICE
ROOM 2444
219 So. DEARBORN St.
CHICAGO, IL 60604, ET. AL.

- RENT PAID TO:

WALTER RUSSELL
175 E. DELWARE #9006
CHICAGO, IL 60611. ET. AL.

AMERICAN HERITAGE MANAGEMENT
701 BURNHAM AVE.
CALUMET CITY, IL 60409
(708) 891-2200 ET. AL.

JOSEPH G. DiLEONARDi, U. S. MARSHAL
LAURA A. BUEGEL, SUPERVISORY
SEIZURE & FORFEITURE SPECIALIST

NAME OF AGENCY

FEDERAL BUREAU OF INVESTIGATION
(FOIA) OFFICER: DIRECTOR OF FBI
FBI, U. S. DEPT. OF JUSTICE

935 PENNSYLVANIA AVENUE, NW
WASHINGTON, D. C. 20535-0001

DESCRIPTION OF RECORDS OR DOCUMENTS REQUESTED
PURSUANT TO: 5 U. S. C. 552 / 552(a). I HEREBY REQUEST THE FOLLOWING:

1). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A SEARCH WARRANT
BEING EXECUTED, ON 8-16-90, BY AREA 4'S NARCOTICS UNIT, 064.
ISSUED FOR THE NAME OF MICHAEL PENNY, FOR 4901 W. CONGRESS,
CHICAGO, IL 60654, BETWEEN THE HOURS OF 3PM. TO 5PM.

2). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A LEASE AGREEMENT
, ISSUED BY THE U. S. MARSHALS, BETWEEN THE FEDERAL GOVERNMENT &
MICHAEL PENNY, ON OR ABOUT THE MONTH OF APRIL OF 1989, FOR 4901
W. CONGRESS, CHICAGO, IL 60654.

3). ANY & ALL RECORDS OR DOCUMENTS CONCERNING AGENT(S), BEING
LOGGED OUT OR DISPATCHED TO ASSIST, AREA 4'S NARCOTICS UNIT, 064.
IN THE EXECUTION OF A SEARCH WARRANT, ON PROPERTY SEIZED BY THE
FEDERAL GOVERNMENT, (No. 89 C 2736) ISSUED IN THE NAME OF MICHAEL
PENNY, AT 4901 W. CONGRESS, CHICAGO, IL 60654. ON 8-16-90, BETWEEN
THE HOURS OF 3PM. TO 5PM.

4). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A LEASE AGREEMENT
BEING TRANSFERRED BY THE U. S. MARSHALS SERVICE FROM MICHAEL
PENNY, TO TAMMY BROWN, DURING THE YEAR OF 1990, FOR 4901 W.
CONGRESS, CHICAGO, IL 60654.

5). ANY & ALL RENT RECEIPTS  PERTAINING TO MICHAEL PENNY, & TAMMY
BROWN, PAID TO THE U. S. MARSHALS SERVICE & AMERICAN HERITAGE
MANAGEMENT, 701 BURNHAM AVE, CALUMET CITY, IL 60409. (708) 891-
2200. DURING THE YEARS OF 1989 TO 1997, FOR 4901 W. CONGRESS,
CHICAGO, IL 60654.

6). ANY & ALL RECORDS OR DOCUMENTS IN THE POSSESSION OF THE U. S.
MARSHALS SERVICE OR ANY OTHER FEDERAL AGENCY PERTAINING TO MICHAEL
PENNY, & TAMMY BROWN, BEING OCCUPANTS, AT 4901 W. CONGRESS,
CHICAGO, IL 60654. ON OR ABOUT THE YEARS OF 1990 TO 1997.

7). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A LEASE AGREEMENT
BEING TERMINATED BY THE U. S. MARSHALS SERVICE CONCERNING MICHAEL
PENNY'S ARREST, STATING A VIOLATION OF LEASE AGREEMENT PROCEDURES
, ON 8-16-90.

8). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO WHY TAMMY BROWN,
WAS ALLOWED TO SIGN A LEASE AGREEMENT BY THE U. S. MARSHALS
SERVICE, AFTER THE LEASE WAS TERMINATED, BY THE U. S. MARSHALS
SERVICE FOR MICHAEL PENNY, FOR 4901 W. CONGRESS, CHICAGO,IL
60654. DURING THE YEAR OF 1990.

9). ANY & ALL RECORDS OR DOCUMENTS & INFORMATION PERTAINING TO
THOSE INDIVIDUALS OR INDIVIDUAL, WHO LIVED WITH MICHAEL PENNY, ON
OR ABOUT THE MONTHS OF JUNE & THRU UNTIL LEASE TERMINATION OF
1990.

10). ANY & ALL RECORDS OR DOCUMENTS & INFORMATION CONCERNING
THOSE INDIVIDUALS OR INDIVIDUAL, WHO WERE LIVING THERE WITH TAMMY
BROWN, AT 4901 W. CONGRESS, CHICAGO, IL 60654. ON OR ABOUT THE

MONTH OF JUNE UNTIL THE SIGNING OF A NEW LEASE AGREEMENT FOR THE
YEAR OF 1990.

11). ANY & ALL EXCULPATORY STATEMENTS THAT WERE TAKEN DURING ANY
INVESTIGATION OF INVESTIGATING THE NEIGBORHOOD CONCERNING THE
OCCUPANTS OF 4901 W. CONGRESS, CHICAGO, IL 60654, THAT WERE
LIVING THERE.

12). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO MICHAEL PENNY,
& TAMMY BROWN, LIVING TOGETHER AT 4901 W. CONGRESS, CHICAGO, IL
60654. DURING THE EXECUTION OF THE WARRANT OF SEIZURE & MONITION
UNTIL CLOSURE OF CASE No. 89 C 2736, WAS COMPLETE.

13). ANY & ALL RECORDS OR DOCUMENTS & REFERENCE TO THE OCCUPANTS
OF 4901 W. CONGRESS, CHICAGO, IL 60654, MADE BY THE U. S. MARSHALS
SERVICE, WALTER RUSSELL OR ANY MARSHALS ASSIGN TO SEIZURE &
FORFEITURE DEPARTMENT, CONCERNING MICHAEL PENNY, & TAMMY BROWN.

UNDER THE STATUE: 5 U. S. C. SECTION 552 & SECTION 552(a), ON
WHICH THE DENIAL IS BASED. IF ALL OR ANY PART OF THIS REQUEST IS
DENIED, PLEASE LIST THE SPECIFIC EXEMPTIONS, WHICH IS (ARE) BEING
CLAIMED TO WITHHOLD INFORMATION. IF YOU DETERMINE THAT SOME
PORTIONS OF THE REQUESTED MATERIAL ARE EXEMPT, I WILL EXPECT, AS
THE ACT PROVIDES, THAT YOU WILL PROVIDE ME WITH THE REMAINING
NON-EXEMPT PORTIONS.

I, OF COURSE, RESERVE THE RIGHT TO APPEAL ANY DECISION TO WITHHOLD
INFORMATION & EXPECT THAT YOU WILL LIST THE ADDRESS, & OFFICE,
WHERE SUCH AN APPEAL CAN BE SENT. AS YOU KNOW, THE AMENDED (
FOIA), REQUIRES YOU TO REDUCE OR WAIVE SEARCH & / OR COPYING
FEES, WHEN RELEASE OF THE REQUESTED INFORMATION WOULD BE " IN THE
PUBLIC INTEREST ".

I PRAY TO RECEIVE THE REQUESTED INFORMATION WITHIN (20) DAYS OF
YOUR RECEIPT OF THIS REQUEST LETTER.

RESPECTFULLY SUBMITTED,

/S/ Michael Penny

MICHAEL PENNY N-15945
P. O. BOX 711
MENARD, IL 62259

cc:mp

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Penny
N13945

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here
21

Sent To  F.B.I.
Street, Apt. No.; or PO Box No.  Pennsylvania Ave N.W.
City, State, ZIP+4  Washington, D.C. 20535-0001

7005 0390 0003 9235 4433

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

F.B.I.
935 Pennsylvania Avenue, NW
Washington, D.C.
20535-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                            ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery
D.W Gonzalez/Am              9-26-06
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 0390 0003 9235 4433

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Per OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .63 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.88 |

OCT 18
Postmark
Here

Sent To: DAVID M. HARDY
Street, Apt. No.; or PO Box No. Pennsylvania Ave. NW
City, State, ZIP+4 Washington, D.C. 20535-0001

PS Form 3800, June 2002                    See Reverse for Instructions

7005 0390 0003 9235 4567

Exhibit B
1 of 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Penny
N13945

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

OCT
Postmark
Here
2006

7005 0390 0003 9235 4587

Sent To
DAVID M HARDY
Street, Apt. No.; or PO Box No.
935 Pennsylvania Ave. NW
City, State, ZIP+4
Washington, D.C. 20535-0001

PS Form 3800, June 2002                See Reverse for Instructions

---

B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

F.B.I.
c/o David M. Hardy Section Chief
935 Pennsylvania Avenue NW
Washington, D.C.
20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Duff Jen                        10/23/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7005 0390 0003 9235 4587

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

<u>FREEDOM OF INFORMATION / PRIVACY ACT APPEAL LETTER</u>

<u>PURSUANT TO: 5 U.S.C. § 552(a)(6)</u>

DATE REQUESTED: 12/11/06
CERTIFICATION : (YES)

<u>REQUESTOR'S NAME</u>

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, ILLINOIS 62259
DATE OF BIRTH: 9/23/60
PLACE OF BIRTH: COOK COUNTY, ILLINOIS

RE: A (FOIA/PA) APPEAL LETTER, DUE TO FAILURE TO RESPOND TO A
    WRITTEN REQUEST, WITHIN THE PRESCRIBED TIME LIMIT REQUIRED
    BY THE STATUE: PURSUANT TO: 5 U.S.C. § 552(a)(6) et, seq.

<u>AGENCY NAME</u>

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
(FOIA) OFFICER: DIRECTOR OF FBI
C/O: DAVID M. HARDY
SECTION CHIEF
RECORDS/INFORMATION
DISSEMINATION SECTION
RECORDS MANAGEMENT DIVISION
935 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20535-0001

        Dear David M. Hardy,

            This is an appeal pursuant to subsection (a)(6),
of the (FOIA) as amended ( 5 U.S.C. § 552(a) et. seq. )

            On October 12, 2006. I received a correspondence
from you & with your correspondence, was my (FOIA) request
form, dated September 21, 2006. Your letter, requested
additional information, such as, my date of birth, 9/23/60,
& place of birth, Cook County, Illinois.

            As you know, on September 21, 2006, I submitted a
(FOIA) request form, to the Director of the Federal Bureau of
Investigation:

Investigation, & my request form, was desigignated to you, for your departmental agency, for processing.

On October 18, 2006, I forwarded that (FOIA) request form back to your departmental agency, with the requested information concerning my date of birth & place of birth. Although, I received the certified mail receipt, from the institution, (Menard Correctional Center) to indicate that my (FOIA) request form, was mailed out through the institutional mail, to your departmental agency, but I've yet, to receive the completed section, on the delivery card, to indicate  the signee, of your agency, who received this (FOIA) request form.

Each (FOIA) request forms were sent out by certified mail , on September 21, 2006, certified mail # 7005 0390 0003 9235 4433, was mailed from Menard Correctional Center, to your agency & the completed section, on the delivery card, was received by D.W. Jones, on September 26, 2006.

On October 18, 2006, certified mail # 7005 0390 0003 9235 4587, was mailed out through the institutional mail,to your agency; however there's no indication, as too who or whom signed the completed section, on the delivery received card receipt, because this portion  of the certified mail receipt, was never returned back to the sender, to this date.

In your correspondence, you requested that I be patient due to the restrictions placed on processing incoming mail; however my original request form, was received & processed sufficiently, but now, this request is an excessive delay.

According to the statue: An agency, is allowed (20) working days, to comply with a written appeal letter. I trust that upon examination of my request, you will conclude that the records, I have requested, are not covered by exemption(s) & if you choose instead to continue, an excessive delay, of processing my (FOIA) request form, to your agency, please denied or forward my appeal letter to the appropriate official for processing this appeal.

If you deny this appeal & do not adequately explain why the requested material, isn't being processed, I intend to initiate a law suit, to compel disclosure of the requested material, as provided in the ACT.

I will expect to receive a reply to this Administrative appeal letter, within (20) working days.

Respectfully Submitted,

/s. Michael Penny

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD,ILLINOIS 62259

Exhibit D
1 of 1 



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 17, 2007

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1066978- 000
Subject:  PENNY, MICHAEL

Dear Mr. Penny:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and place of  birth for the subject of your request.  Any other specific data you could  provide such as prior  addresses, or employment information would also be helpful.  If your subject is deceased, please  include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your notarized  signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest  record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS.  This is to make sure your information is not released to an unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Exhibit E
1 of 1



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 26, 2007

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1066978- 000
Subject: PENNY, MICHAEL

Dear Mr. Penny:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

*Exhibit F*
*1 of 2*

<u>FREEDOM OF INFORMATION / PRIVACY ACT APPEAL LETTER</u>
<u>PURSUANT TO: 5 U.S.C. § 552/ 552(a)</u>

DATE APPEALED: FEB 28, 07
CERTIFICATION: (YES)

**REQUESTOR'S NAME**
MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259
DATE OF BIRTH: 9/23/60
PLACE OF BIRTH: COOK COUNTY, ILLINOIS

RE: A (FOI/PA) APPEAL LETTER, DUE TO NO RECORDS RESPONSIVE TO REQ-
-UESTOR'S REQUEST WERE LOCATED BY A SEARCH OF THE AUTOMATED IN-
-DICES. REQUEST No: 1066978-000

**AGENCY NAME**
U.S. DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
THE DIRECOR:
1425 NEW YORK AVE., NW, SUITE 11050
WASHINGTON, D.C. 20530-0001

Dear Director,

This is an appeal letter pursuant to subsection (a)
(6)(ii), of the (FOI/PA) as amended (5 U.S.C. § 552/552(a)) et. seq

On September 21, 2006, requestor placed in the institutional mail
here at Menard Correctional Center, properly addressed to U.S. Dept.,
of Justice, Federal Bureau of Investigation, requesting a thirteen
part series of records or documents regarding, Warrant of Seizure &
Monition No. 89 C 2736.

On January 17, 2007, requestor, received an acknowledgment from David
M. Hardy, Section Chief, Record/Information, Dissemination Section,
Records Management Division, that he was in receipt of requestor's
thirteen part series of records or documents, request.

Requestor, was informed that, this request was assigned a (FOI/PA),
No: 1066978, and that the agency, were in search of the requested
information, through their indices, at their Central Records System,

at FBI Headquarters.

On February 26, 2007, requestor, received a notice from Mr. David M. hardy, Section Chief, stating that " No records responsive " to requestor's (FOI/PA) request were located by a search of the auto--mated indices.

Requestor, was informed as well, due to this " No records responsive notice ", requestor could appeal this notice with an administrative appeal, by corresponding requestor's, contentions to you regarding such determination, by Mr. David m. Hardy, Section Chief.

The results with respect to the records, in this instant case, is unexeceptable, because the documents that were requested, should be made available under paragraphs (1) & (2), of this subsection, which reasonably describes such records requested and the request is made in accordance with the published rules and procedures, to be followed.

Requestor, request that this decision of " No records responsive to requestor's request ", be reviewed for determination. In accordance with the provisions of this ACT.

A determination with respect too, any appeal, shall be made (20) working days after its receipt. In closing, requestor, looks forw--ard to your response within the time limit set by the provisions of this ACT.

Respectfully submitted,

/s/ *Michael Penny N-13945*

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259

## PROOF/CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on February 28, 2007, I have placed the doc--ments listed below in the institutional mail at Menard Correctional Center, properly addressed to the Direcor, of The Office of Inform--ation and Privacy, U.S. Dept. of Justice, 1425 New York ave., NW, Suite 11050, Washington, D.C. 20530-0001, for mailing through the United States Postal Service: An appeal letter.

/s/ *Michael Penny*

UNDER PENALTY OF PERJURY AS PROVIDED BY LAW PURSUANT TO 5/1-109

*Exhibit G*

*1 of 1*

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                 *Washington, D.C. 20530*

**MAR 3 0 2007**

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

      Re:  Request No. 1066978

Dear Mr. Penny:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on March 16, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-0938**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                      Sincerely,

                      Priscilla Jones
                      Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*
                                                   JUN 2 8 2007


Mr. Michael Penny
No. N-13945
Menard Correctional Center          Re:    Appeal No. 07-0938
Post Office Box 711                         Request No. 1066978
Menard, IL 62259                            ALB:SRO

Dear Mr. Penny:

        You appealed from the action of the Headquarters Office of the Federal Bureau of
Investigation on your request for access to records pertaining to yourself, Tammy Brown, and
unnamed third parties.

        After carefully considering your appeal, I am affirming, on partly modified grounds, the
FBI's action on your request. The FBI informed you that it could locate no records responsive to
your request in its automated indices. I have determined that the FBI's response was correct.

        Please note that the FBI has not searched any of its field offices for records responsive to
your request. See 28 C.F.R. §§ 16.3(a), 16.41(a) (2006) (requests for records held by FBI field
offices must be submitted to the field offices directly). You may, therefore, wish to send requests
to each FBI field office you believe maintains the information you seek. You may appeal any
future adverse determination made by the FBI.

        Furthermore, regarding your request for records pertaining to Tammy Brown, please be
advised that without consent, proof of death, official acknowledgment of an investigation, or an
overriding public interest, confirming or denying the existence of law enforcement records
concerning an individual could reasonably be expected to constitute an unwarranted invasion of
personal privacy. See 5 U.S.C. § 552(b)(7)(C).

        If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                                          Sincerely,

                                          Janice Galli McLeod
                                          Associate Director

## PROOF/CERTIFICATE OF SERVICE

TO: FEDERAL BUREAU OF INFORMATION
SPECIAL AGENT IN-CHARGE: ROBERT D. GRANT
c/o: (FOIA) OFFICER
219 So. DEARBORN St. SUITE 905
CHICAGO, ILLINOIS 60604


PLEASE TAKE NOTICE that on _Nov. 9_, 2007, I have placed the document listed below in the institutional mail at Menard Correctional Center, properly addressed and sent certified mail to the Federal Bureau of Investigation, Special Agent Robert D. Grant, c/o: (FOIA) Officer, 219 So. Dearborn St., Suite 905, Chicago, Il 60604, through the United States Postal Service: (1) Freedom of Information/Privacy ACT Request Letter, and (3) Privacy Waiver Affidavits, and (1) Letter addressed to Special Agent In-charge: Robert D. Grant.


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above document, and that the information contained therein is true and correct to the best of my knowledge.


DATE: _Nov. 9_, 2007                    /S/ _Michael Penny_
                                        MICHAEL PENNY N-13945
                                        P.O. BOX 711
                                        MENARD, IL 62259

FREEDOM OF INFORMATION/PRIVACY ACT REQUEST LETTER

5 USC § 552

5 USC § 552a

DATE REQUESTED: Nov. 9, 2001

CERTIFICATION (YES)


NAME OF AGENCY

FEDERAL BUREAU OF INVESTIGATION
SPECIAL AGENT IN-CHARGE: ROBERT D. GRANT
c/o: (FOIA) OFFICER
219 So. DEARBORN St. SUITE 905
CHICAGO, IL 60604
(312) 431-1333


RE: WARRANT OF SEIZURE & MONITION No. 89 C 2736


REQUESTOR'S NAME

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259
PLACE OF BIRTH: COOK COUNTY, IL
DATE OF BIRTH: 9/23/60


      Dear Special Agent Grant,

          On September 20, 2006. Requestor, requested by certified mail,
a thirteen part series (FOI/PA) request letter, to The Headquarters Office of
The FBI, 935 Pennsylvania Ave, NW, Washington, D.C. 20535-0001.

          The initial request was issued request number: 1066978-000, and
on Fedruary 26, 2007, a response was issued by David M. Hardy, Section Chief,
Record/Information Dissemination Section Records Management Division, of The Head-
quarters Office of The FBI, " No records responsive to requestor's (FOIPA) request
letter, were located by a search of their automated indices ".

          On February 28, 2007. Requestor, filed an Administrative Appeal
from the action of the Headquarters Office of The FBI, and on March 30, 2007, req-
uestor's Administrative Appeal, was issued an appeal number: 07-0938.

          On July 3, 2007. Requestor, received a response, issued June 28,
2007, by the U.S. Department of Justice, Office of Information and Privacy, by

Janice Galli McLeod, Associate Director, regarding the action appealed, # 1066-978-000, pertaining to access of records pertaining too requestor, Tammy Brown, and unnamed third parties.

The response stated was that after carefully considering requestor's appeal, the Associate Director, Janice Galli McLeod, affirming on partly modified grounds, that the FBI, action on requestor's request, informed requestor that their agency could locate no records responsive to requestor's request in its automated indices, and that the Ass. Director, determined that the FBI's action was correct.

The modification carefully considered was a statement issued and supported pursuant to 28 C.F.R. § 16.3(a) and 16.41(a). (2006) (Request for records held by FBI field offices, must be submitted to the field offices directly)

Requestor, was also, advised that without consent, the official acknowledgment of an investigation, confirming or denying the existence of law enforcement records concerning an individual(s) could reasonably be expected to constitute an unwarranted invasion of personal privacy. (5 USC § (b)(7)(C))

Requestor, is submitting the necessary Privacy Waiver Affidavits, directly to your agency, consenting to requestor, being allowed access to requested information, by those directly or indirectly involved pertaining to the information.

Requestor, has the right, too confront, amend or correct, any information held by this agency, regarding requestor, pursuant to the Privacy ACT, and pursuant to the (FOIA), on which the denial is based, if all or any part of this request is denied, please list the specific exemptions, which is (are) being claimed to withhold information.

If you determine that some portions of the requested material are exempt, I will expect, as the ACT provides, that you will provide me with the remaining non-exempt portions. The filing of this request constitutes requestor's agreement to pay all applicable fees that may be charged pursuant to the terms of this ACT.

I, of course, reserve the right to appeal any decision to withhold information and I expect that you will list the address, and office where such an appeal can be sent. As you know, the amened (FOIA), requires you to reduce or waive search and or copying fees, when release of the requested information would be "in the public interest".

In closing, you'll find attached to this request the initial thirteen part series of requested information, and the Privacy Waiver Affidavits,

pertaining to those individuals concerned.

        I pray to receive the requested information within (20) working
days required by the ACT.

                                 Respectfully submitted,

                       /s/ _Michael Penny_

                         MICHAEL PENNY N-13945
                         P.O. BOX 711
                         MENARD, IL 62259

cc:mp

3

FREEDOM OF INFORMATION ACT REQUEST LETTER

5 USC § 552

5 USC § 552(a)

DATE REQUESTED: _Nov. 9, 2001_

CERTIFICATION (YES)

NAME OF AGENCY

FEDERAL BUREAU OF INVESTIGATION
SPECIAL AGENT IN-CHARGE: ROBERT D. GRANT
c/o: (FOIA) OFFICER
219 So. DEARBORN St. SUITE 905
CHICAGO, IL 60604
(312) 431-1333

RE: WARRANT OF SEIZURE & MONITION No. 89 C 2736

REQUESTOR'S NAME

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259
PLACE OF BIRTH: COOK COUNTY, IL
DATE OF BIRTH: 9/23/60

DESCRIPTION OF RECORDS OR DOCUMENTS REQUESTED

Pursuant to: 5 USC § 552 / 552(a). I hereby request the following:

1). Any & all records or documents pertaining to a search warrant being executed on Aug 16, 1990, by Area 4's Narcotics Unit, 064., issued for the name of Michael Penny, for 4901 W. Congress, Chicago, IL 60624, between the hours of 3pm. to 5pm.

2). Any & all records or documents concerning the FBI's knowledge of any lease agreement between Michael Penny, and the U.S. Marshals Service, on or about the month of April of 1989, for 4901 W. Congress, Chicago, Il 60624.

3). Any & all records or documents concerning agent(s), being logged out or dis-

patched to assist, Area 4's Narcotics Unit, 064., with the execution of a search warrant, on the property seized by the Federal Government, ( No. C 2736 ) issued in the name of Michael Penny, for 4901 W. Congress, Chicago, Il 60624. On Aug 16, 1990, between the hours of 3pm. to 5pm.

4). Any & all records or documents pertaining to a lease agreement being transferred by the U.S. Marshals Service from Michael Penny, to Tammy Brown, during the year of 1990, for 4901 W. Congress, Chicago, IL 60624.

5). Any & all records or documents in the possession of the FBI, pertaining to Michael Penny, & Tammy Brown, being occupants at 4901 W. Congress, Chicago, IL 60624. On or about the years of 1990 to 1997.

6). Any & all records or documents pertaining to a lease agreement being terminated by the U.S. Marshals Service regarding Michael Penny's arrest, on Aug 16, 1990.

7). Any & all records or documents pertaining to why the U.S. Marshals Service allowed Tammy Brown, to sign a lease agreement after the lease was terminated regarding Michael Penny, for 4901 W. Congress, Chicago, IL 60624. During the year of 1990.

8). Any & all records or documents regarding those individuals or individual, who lived with Michael Penny, during the **Warrant of seizure & Monition No. 89 C 2736.**

9). Any & all records or documents & information regarding those individuals or individual, who lived there at 4901 W. Congress, Chicago, IL 60624., with Tammy Brown, after she signed the lease agreement, during the year of 1990.

10). Any & all exculpatory statements that were taken by the FBI, during any investigation or investigating the neigborhood regarding the occupants of 4901 W. Congress, Chicago, Il 60824, during the **Warrant of seizure & Monition No. 89 C 2736.**

11). Any & all records or documents regarding Michael Penny, & Tammy Brown, living together at 4901 W. Congress, Chicago, Il 60624. During the execution of the **Warrant of seizure & Monition No. 89 C 2736**, until closure of case No. 89 C 2736, was adjudicated.

12). Any & all received information or records, & references pertaining to the

2

occupants of 4901 W. Congress, Chicago, IL 60624, made by the U.S. Marshals Service, Walter Russell or any other U.S. Marshals, assign to Seizure & Forfeiture Department, pertaining to Michael Penny & Tammy Brown.

13). Requestor, request access to records pertaining to him, to assure fairness in any determination relating to qualifications, character, rights or opportunities of, and benefits to requestor that may be made on the basis of such record.

Respectfully submitted,

/s/ Michael Penny

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259

cc:mp

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Penny N1394 | Postage | $ .92  N-3-07 |
| | Certified Fee | 2.65 |
| | Return Receipt Fee (Endorsement Required) | 2.15 |
| | Restricted Delivery Fee (Endorsement Required) | |
| | Total Postage & Fees | $ 5.72 |

Postmark Here NOV

Sent To  F.B.I. Agent Robert D. Grant
Street, Apt. No.; or PO Box No. 219 S. Dearborn St. Suite 905
City, State, ZIP+4  Chicago, IL 60604

7004 1350 0005 1674 7202

PS Form 3800, June 2002                See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>F.B.I.<br>Robert D. Grant<br>219 S. Dearborn Street<br>Suite 905<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7004 1350 0005 1674 7202 | |

PS Form 3811, August 2001         Domestic Return Receipt                    2ACPRI-03-P-4081

## FREEDOM OF INFORMATION/PRIVACY ACT APPEAL LETTER

### PURSUANT TO: 5 U.S.C. § 552/552(a) et seq

Date requested: <u>January 7, 2008</u>

Certification (Yes)

**AGENCY NAME**

U.S. DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
THE DIRECTOR:
1425 NEW YORK AVE., NW, SUITE 11050
WASHINGTON, D.C. 20530-0001

### RE: FAILURE TO RESPOND WITHIN THE APPLICABLE TIME LIMIT PROVISION

**REQUESTER'S NAME**

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259

Dear Director,

This is an appeal letter pursuant to Section (6)(A), of the Freedom of Information/Privacy ACT, as amended. On November 9, 2007, I placed in the institutional mail here at Menard Correctional Center, properly addressed and sent certified mail # 7004 1350 0005 1674 7202, to the Federal Bureau of Investigation, Special Agent Robert D. Grant, C/O: (FOIA) Officer, 219 So. Dearborn St. Suite 905 Chicago, Il 60604.

On January 4, 2008, I received the delivery return receipt of the certified mail issued to the Federal Bureau of Investigation; however there was no signature signed or date of delivery.



The (FOIA) request letter was delivered and after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination.

This provision of the ACT was violated by the agency based upon the initial request for records made under paragraph (1), (2), or (3) of this subsection. I submitted a thirteen part series pertaining to records or documents regarding requester and third party individuals, who are vital in nature to the requested information.

I submitted the necessary Privacy Waiver Affidavits with the initial request and I have attached the same with this appeal letter. Requester, have a right to confront, amend or correct, any information held by this agency, regarding requester. Pursuant to the Privacy ACT, and pursuant to the (FOIA).

If you determine that some portions of the requested material are exempt, I will expect, as the ACT provides, that you will provide me with the remaining non-exempt portions, and on which the denial is based, if all or any part of this request is denied, please list the specific exemptions, which is (are) being claimed to withhold information.

The filing of this request constitutes requester's agreement to pay all applicable fees that may be charged pursuant to the terms of this ACT. As you know, the amended (FOIA) requires you to reduce or waive search and or copying fees, when release of the requested information would be " in the public interest ".

In closing, you'll find attached to this request, the initial thirteen part series of requested information, and the Privacy Waiver Affidavits pertaining to those individuals, who consented to this request.

I pray to receive the requested information within 20 working days regarding this appeal.

/s/ Michael Penny



**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ .92 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.72 |

Sent To
F.B.I. Agent Robert D. Grant
Street, Apt No.; or PO Box No.
219 S. Dearborn St - Suite 905
City, State, ZIP+4
Chicago IL 60604

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>F.B.I<br>Robert D. Grant<br>219 S Dearborn Street<br>Suite 905<br>Chicago, IL 60604 | D. Is delivery address different from item 1? ☐ Yes<br>if YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from s...    7004 1350 0005 1674 7202 | |
| PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081 | |

IN THE

_____

_____

MICHAEL PENNY N-13945                    )
Plaintiff,                                                    )
                                                                  )
                    v.                                       )    Case No. _____
                                                                  )
_____     )
Defendant                                                 )

## PROOF/CERTIFICATE OF SERVICE

TO:  U.S. DEPARTMENT OF JUSTICE        TO: _____

     OFFICE OF INFORMATION AND PRIVACY     _____

     THE DIRECTOR:                                     _____

     1425 NEW YORK AVE., NW, SUITE 11050  _____

     WASHINGTON, D.C. 20530-0001

TO: _____              TO: _____

     _____                    _____

     _____                    _____

     _____                    _____

PLEASE TAKE NOTICE that on _Janually 15_, 2008_, I have placed the documents listed below in the institutional mail at ____MENARD____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:  (1) APPEAL LETTER WITH SUPPORTING PRIVACY WAIVER AFFIDAVITS & INITIAL (FOIA) REQUEST LETTER, WITH CERTIFIED MAIL RECEIPT SHOWING DELIVERY.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _January 15, 2008_

/s/ _Michael Penny_
NAME:  MICHAEL PENNY
IDOC#:_N-13945_
____MENARD____ Correctional Center
P.O. BOX _711_
____MENARD____, IL 62259

Revised February 2005

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information, visit our website at www.usps.com

| Postage | $ | 1.31 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.96 |

7004 1350 0005 1674 7394

N13995

MENARD, IL
JAN 16 2008

Sent To *U.S. Dept Justice*
Street, Apt. No.; or PO Box No. *5 New York Ave - #11050*
City, State, ZIP+4 *Washington, D.C. 20530-0001*

PS Form 3800, June 2002    See Reverse for Instructions

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

January 17, 2008

Mr. Michael Penny
**N-13945
Post Office Box 711
Menard, IL 62259

Dear Requester:

Your Freedom of Information/Privacy Acts (FOIPA) request letter for records maintained by the FBI concerning another individual(s) is being returned to you. Your request was forwarded to FBI Headquarters from the Chicago Field Office.

Before we process your request for records pertaining to another individual(s), we ask that you submit either proof of death or a privacy waiver from the subject(s) of your request. Proof of death can be a copy of a death certificate, Social Security Death Index, obituary or a recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago. Without proof of death or a privacy waiver, the disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy. Such records, if they exist, are exempt from disclosure pursuant to Exemptions (b)(6) and/or (b)(7)(C) of the FOIA, Title 5, United States Code, Section 552.

Enclosed is a Privacy Waiver and Certification of Identity form. (You may make additional copies if you are requesting information on more than one individual.) The subject of your request should complete this form and then sign it or prepare a document containing the required descriptive data and have it notarized. The original privacy waiver or notarized authorization with the descriptive information and a legible, original signature must be provided to the FBI before an accurate search of our records can be conducted.

This response should not be considered an indication of whether or not records responsive to your request exist in FBI files.

Sincerely yours,

David M. Hardy
Section Chief,
Records Information
   and Dissemination Section
Records Management Division

Enclosure

**ALL ATTACHED CORRESPONDENCE MUST BE RETURNED TO THE FBI WITH THIS LETTER.**





U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1109695- 000
Subject: PENNY, MICHAEL

Dear Requester:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI Chicago Field Office. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 13, 2008

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1109696- 000
Subject: PENNY, JONATHAN

Dear Requester:

☒   This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI Chicago Field Office. The FOIPA number listed above has been assigned to your request.

☐   For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐   To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐   If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒   We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐   Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Exhibit N

U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

February 13, 2008

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1109697- 000
Subject: PENNY, CLARA

Dear Requester:

☒ This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI Chicago Field Office. The FOIPA number listed above has been assigned to your request.

☐ For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐ To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐ If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒ We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐ Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division



## PROOF/CERTIFICATE OF SERVICE

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
DAVID M. HARDY
SECTION CHIEF
RECORDS INFORMATION &
DISSEMINATION SECTION
RECORDS MANAGEMENT DIVISION
WASHINGTON, D.C. 20535


   Please take notice that on February 22, 2008, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed and sent certified mail to the party listed above for mailing through the United States Postal Service: (1) Privacy Waiver and Certification of Identity from Rodney Williams, and Tammie Brown, and Jonathan Penny, and Clara Penny, and (1) correspondence letter to the Section Chief David M. Hardy, and a correspondence from Mr. Hardy that must be attached to each Privacy Waiver being submitted.

   Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.


Date: February 22, 2008                    /s/ _Michael Penny_
                                           Michael Penny N-13945
                                           P.O. Box 711
                                           Menard, IL 62259

February 22, 2008

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
DAVID M. HARDY
SECTION CHIEF
RECORDS INFORMATION &
DISSEMINATION SECTION
RECORDS MANAGEMENT DIVISION

RE: ATTACHED CORRESPONDENCE: PRIVACY WAIVER & CERTIFICATION OF
    IDENTITY, APPROVAL TO RELEASE ANY & ALL INFORMATION RELATING
    TO THE PERSON EXECUTING THE WAIVER.


        Dear Mr. Hardy,

            I've enclosed the necessary documentation pertaining
to those individuals allowing disclosure of law enforcement records
or information that would be considered an unwarranted invasion of
personal privacy.

            The attached documentation would allow disclosure pu-
rsuant to exemptions (b)(6) and/ or (b)(7)(C) of the FOIPA, Title 5,
United States Code, Section 552/552(a).

            The subjects of my request have consented and they've
completed the request form, and I would appreciate it very much if
you would process my request as the ACT requires, and in closing, I
would like to thank you in advance for your consideration regarding
my request.


                            Respectfully submitted,

                        /s/ Michael Penny

                            Michael Penny N-13945
                            P.O. Box 711
                            Menard, IL 62259


3 of 7

# Privacy Waiver and Certification of Identity

Full Name: _Rodney Williams_

Aliases used: _Steven Penny_

Current Address: _1357 N Waller 00.51_
_Chicago, Il. 60651_

Date of Birth: _4-10-69_     Place of Birth: _MT. Bayou, MS._

Social Security Number (optional):
_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_

(Optional: Prior addresses, employments, etc., which may assist the FBI in locating the requested information) _____

_____

_____

**I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :**

**(Name, address & phone of attorney or other designee)**

_Micheal Penny N-13945_
_Menard correctional Center_
_P. O Box 711_
_Menard, Il. 62259_

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _Rodney Williams_     Date: _2-18-08_

# Privacy Waiver and Certification of Identity

Full Name: _Fannie Brown_

Aliases used: _None_

Current Address: _1462 Breadview Terrace_
_Peotone Illinois 60449_

Date of Birth: _12-23-1964_      Place of Birth: _Chicago IL_

Social Security Number (optional): _3x-66-1257_

(Optional:  Prior addresses, employments, etc., which may assist the FBI in locating the requested information) _UPS 1400 S Jefferson_
_Chicago Illinois 60607_

**I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :**

**(Name, address & phone of attorney or other designee)**
_Michael Penny N-13641_
_Menard Correctional Center_
_P.O. Box 711_
_Menard IL 62259_

**Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.**

Signature: _Fannie Brown_      Date: _2-19-08_

# Privacy Waiver and Certification of Identity

Full Name: ____ Jonathan Penny _____

Aliases used: ___ None _____

Current Address: _ Federal Prison Camp #83415-020 _____

                   1001 Willow Street _____

                   Maxwell AFB, AL 36112 _____

Date of Birth: ____ 08-12-1935 _____ Place of Birth: __ Clarksdale, MS _____

Social Security Number (optional):
    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 _____

(Optional: Prior addresses, employments, etc., which may assist the FBI in locating the requested information) _____

_ Employment - H & J Construction CO., Chicago IL (1974 - 1989) _____

              M Suson Co., Nyles, IL  (1958 - 1971) _____

**I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :**

**(Name, address & phone of attorney or other designee)**

     Michael Penny N-13945 _____

     Manard Correctional Center _____

     P.O. Box 711 _____

     Menard, IL 62259 _____

       Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _Jonathan Penny_____ Date: _2-8-08_____

# Privacy Waiver and Certification of Identity

Full Name: _Clara Penny_

Aliases used: _none_

Current Address: _5914 South Wood Street_
_Chicago IL 60636_

Date of Birth: _07-03-40_    Place of Birth: _Jackson, Miss._

Social Security Number (optional):
_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_

(Optional: Prior addresses, employments, etc., which may assist the FBI in locating the requested information)

_South Suburban Post Office_
_6801 West 73rd Street Bedford Park, IL 60499_

**I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to :**

**(Name, address & phone of attorney or other designee)**

_Michael Penny N13945_
_Menard Correctional Center_
_711 Kaskasia Street_
_Menard, IL. 62259_

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: _Clara Penny_    Date: _03-19-08_





U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 10, 2008

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1111254- 000
Subject: BROWN, TAMMIE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at the FBI Chicago Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure



U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1111255- 000
Subject: WILLIAMS, RODNEY

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Chicago Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

Exhibit R

1 of 1

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                   _Washington, D.C. 20530_

**MAR 1 1 2008**

Mr. Michael Penny
No. N-13945
Menard Correctional Center
Post Office Box 711
Menard, IL  62259

Dear Mr. Penny:

    This responds to your letter dated January 7, 2007, in which you attempted to appeal from the failure of the Federal Bureau of Investigation to respond to your request for access to records.

    A member of my staff has been advised by the FBI that it has no record of receiving this request from you.  Accordingly, by copy of this letter, we are referring your letter to the FBI for processing and direct response to you.  You may appeal any future adverse determination made by the FBI.

                    Sincerely,

                    Priscilla Jones
                    Supervisory Administrative Specialist

PAJ:CIH

cc:    Federal Bureau of Investigation
       FOI/PA Unit
       Room 6359, JEH Building
       Washington, DC  20535-0001

Exhibit A





U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 12, 2008

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1109697- 000
Subject: PENNY, CLARA

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at the FBI Chicago Field Office.  No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001, within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

Exhibit B



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 12, 2008

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1109696- 000
Subject: PENNY, JONATHAN

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at the FBI Chicago Field Office. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

<u>FREEDOM OF INFORMATION/PRIVACY ACT APPEAL LETTER</u>
<u>PURSUANT TO TO: 5 U.S.C. § 552/552(a)</u>

DATE APPEALED MARCH 18, 2008

CERTIFICATION (YES)

<u>REQUESOR'S NAME</u>
MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259
DATE OF BIRTH: 9/23/60
PLACE OF BIRTH: COOK COUNTY, ILLINOIS

RE: APPEAL DUE TO NO RECORDS RESPONSIVE TO REQUESTOR'S REQUEST REGARDING

1). REQUEST No. 1111254-000     2). REQUEST No. 1111255-000
    SUGJECT: WILLIAMS, RODNEY        SUBJECT: BROWN, TAMMIE

<u>NAME OF AGENCY</u>
U.S. DEPARTMENT OF JUSTICE
OFFICE OF INFORMATION AND PRIVACY
THE DIRECTOR
1425 NEW YORK AVE.,NW, SUITE 11050
WASHINGTON, D.C. 20530-0001

Dear Director,

This appeal is pursuant to subsection (a)(6)(ii), of the (FOIPA) as amended (5 U.S.C. § 552/552(a)) et. seq.

On November 9, 2007, requestor submitted to Robert D. Grant, Special Agent In-charge, of the Chicago field office of the Federal Bureau of Investigation, 219 So. Dearborn St., Suite 905, Chicago, IL 60604, (1) thirteen part series Freedom of Information/Privacy ACT Request Letter, through the United States Postal Service, properly addressed and sent certified mail # 7004 1350 0005 1674 7202.

The subjects of the request were Tammie Brown, Rodney Williams, Clara Penny, and Jonathan Penny. On January 7,

2008, requestor appeal the failure to respond by Special Agent Robert D. Grant, to this office pertaining to the applicable time limitation prescribed by this ACT.

However, on January 17, 2008, David M. Hardy, Section Chief, Records information and Dissemination Section, Records Management Division, informed requestor that his office was in possession of my initial (FOIPA) request letter submitted to the Chicago field office, issued November 9, 2007 to Special Agent Robert D. Grant, and that it was being returned to me, because the Privacy Waivers that, I submitted was not the (DOJ'S) official forms.

David M. Hardy, Section Chief, issued the appropriate forms that are prescribed by the (DOJ) for the subject to prepare for disclosure of law enforcement records or information about another person is considered an unwarranted invasion of personal privacy.

On February 22, 2008, requestor properly addressed and sent certified mail # 7004 0550 0000 6764 3757, returned the (DOJ) Privacy Waiver and Certification of Identity forms pertaining to Rodney Williams, Tammie Brown, Clara Penny, and Jonathan Penny, back to David M. Hardy, Section Chief, as instructed.

And on March 10, 2008, David M. Hardy, Section Chief, informed requestor that Request No. 1111254-000, Brown Tammie, and Request No. 1111255-000, Williams, Rodney, that "No records responsive to your FOIPA request were located by a search of the agency's automated indices".

Requestor, is requesting a complete review of this non-responsive search by Section Chief, David M. Hardy, in regard to the actual description of records or documents that's being requested with the appropriate approval. The Event is **Warrant of Seizure & Monition No. 89 C 2736,** is no longer active, and relevant information regarding the subjects should appear in an investigative file maintained by this agency.

2

ation Section, Records Management Division, returned requestor's request
without appropriately responding, and instructed requestor to sub-
mit a Privacy Waiver and Certification of Identity form for each
subject of the request; however the request was not appropriately
processed according to the provision of the ACT.

The initial request was forwarded from the Chicago Field
Office, to the FBI Headquarters, and on February 13, 2008, reques-
tor received from David M. Hardy, assign request numbers for the
subjects of the request, Michael Penny, No. 1109695-000, Jonathan
Penny, No. 1109696-000, Clara Penny, No. 1109697-000, and on March
10, 2008, David M. Hardy, issued and responded to Tammie Brown, No.
1111254-000, and Rodney Williams, No. 1111255-000, stating no rec-
ords responsive to request were located by a search of the agency's
automated indices.

On February 22, 2008, requestor submitted the appropriate
forms pertaining to the Privacy Waiver and Certification of Ident-
ity for each subject regarding the above name and assigned request
number; however on March 10, and 12, 2008. David M. Hardy, issued
a response regarding the subjects of the request, " No records re-
sponsive to request were located by a search of their automated in-
dices.

Requestor, have submitted the appropriate documentation
for your review pertaining to this appeal. The FBI's information
regarding the surroundings events of this request is not accurate
and their search for records or documents could be doubtful regard-
ing their genuineness to produce the requested material.

In closing, I have attached to this appeal letter three
(3) exhibits, A,B,C, to assist with your review of this appeal, &
I would like to thank you in advance for your consideration and I
expect as the ACT provide that you will respond within the approp-
riate time prescribed by the ACT.

Respectfully submitted,

/s/ Michael Penny

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259

2



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 0 3 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

        Re:  Request No. 1111255 - Tammie Brown

Dear Mr. Penny:

       This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on April 2, 2008.

       The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt.  Your appeal has been assigned number
**08-1399**.  Please mention this number in any future correspondence to this Office regarding this
matter.

       We will notify you of the decision on your appeal as soon as we can.  We regret the
necessity of this delay and appreciate your continued patience.

                         Sincerely,

                         Priscilla Jones
                         Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy




---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 0 3 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

Re: Request No. 1111254 - Rodney Williams

Dear Mr. Penny:

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 2, 2008.

The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **08-1398**. Please mention this number in any future correspondence to this Office regarding this matter.

We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

Sincerely,

Priscilla Jones
Supervisory Administrative Specialist



**U.S. Department of Justice**

Office of Information and Privacy



_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

APR 0 9 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

     Re:  Request No. 1109695 - Michael Penny

Dear Mr. Penny:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 8, 2008.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-1469**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                       Sincerely,

                       Priscilla Jones
                       Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 0 9 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

     Re:  Request No. 1109696 - Jonathan Penny

Dear Mr. Penny:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 8, 2008.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-1470**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                               Sincerely,

                               Priscilla Jones
                               Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 0 9 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

      Re:  Request No. 1109697 - Clara Penny

Dear Mr. Penny:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 8, 2008.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-1471**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                      Sincerely,

                      Priscilla Jones
                      Supervisory Administrative Specialist

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 0 9 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

      Re: Request No. 1111254 - Tammie Brown

Dear Mr. Penny:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 8, 2008.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **08-1472**. Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                      Sincerely,

                      Priscilla Jones
                      Supervisory Administrative Specialist

Exhibit X
5 of 5

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*


APR 0 9 2008

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

      Re:  Request No. 1111255 - Rodney Williams

Dear Mr. Penny:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 8, 2008.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **08-1473**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                   Sincerely,

                   Priscilla Jones
                   Supervisory Administrative Specialist

 
**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

**APR 2 1 2008**

Mr. Michael Penny
No. N-13945
Menard Correctional Center                Re:    Appeal No. 08-1472
Post Office Box 711                              Request No. 1111254
Menard, IL  62259                                ADW:SRO

Dear Mr. Penny:

    You appealed from the action of the Chicago Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Tammie Brown.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices.  I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

    If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

                 Sincerely,

                 Janice Galli McLeod
                 Associate Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                _Washington, D.C. 20530_

**APR 2 1 2008**

Mr. Michael Penny
No. N-13945
Menard Correctional Center          Re:    Appeal No. 08-1473
Post Office Box 711                        Request No. 1111255
Menard, IL  62259                          ADW:SRO

Dear Mr. Penny:

    You appealed from the action of the Chicago Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Rodney Williams.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated indices.  I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

    If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

                      Sincerely,

                      Janice Galli McLeod
                      Associate Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 2 5 2008

Mr. Michael Penny                         Re:    Appeal Nos. 08-1398 & 1399
IDOC No. N13945                                  Request Nos. 1111254 & 1111255
Post Office Box 711                              ADW:MJS
Menard, IL  62259

Dear Mr. Penny:

     You appealed from the actions of the Chicago Field Office of the Federal Bureau of Investigation on your requests for access to records pertaining to Tammie Brown and Rodney Williams.

     After carefully considering your appeal, I am affirming the FBI's action on your requests. The FBI informed you that it could locate no records responsive to your requests in its automated indices.  I have determined that the FBI's responses were correct and that it conducted adequate, reasonable searches for records responsive to your requests.

     If you are dissatisfied with my action on your appeals, you may file lawsuits in accordance with 5 U.S.C. § 552(a)(4)(B).

                   Sincerely,

                   Janice Galli McLeod
                   Associate Director

Exhibit AA
1 OF 3

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**APR 2 5 2008**


Mr. Michael Penny
No. N-13945                           Re:    Appeal No. 08-1469
Menard Correctional Center                   Request No. 1109695
Post Office Box 711                          ADW:RMF
Menard, IL  62259

Dear Mr. Penny:

    You appealed from the failure of the Chicago Field Office of the Federal Bureau of Investigation to respond to your request for access to records pertaining to yourself.  By letter dated March 11, 2008, this Office informed you that the FBI had no record of your request.  I regret any confusion this administrative error may have caused.

    Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component.  <u>See</u> 28 C.F.R. § 16.9 (2007).  As no adverse determination has yet been made, there is no action for this Office to consider on appeal.  In particular, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits.  <u>See</u> 5 U.S.C. § 552(a)(6)(C)(i).

    I suggest that you contact the FBI directly and inquire about the status of your request.  If you are dissatisfied with the action of the FBI, you may appeal again to this Office.

                    Sincerely,

                    Janice Galli McLeod
                    Associate Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 2 5 2008

Mr. Michael Penny
No. N-13945
Menard Correctional Center           Re:    Appeal No. 08-1470
Post Office Box 711                          Request No. 1109696
Menard, IL  62259                            ADW:RMF

Dear Mr. Penny:

    You appealed from the action of the Chicago Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Jonathan Penny.  By letter dated March 11, 2008, this Office informed you that the FBI had no record of your request.  I regret any confusion this administrative error may have caused.

    After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated or manual indices.  I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request

    If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

            Sincerely,

            Janice Galli McLeod
            Associate Director



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_


APR 2 5 2008


Mr. Michael Penny
No. N-13945
Menard Correctional Center            Re:     Appeal No. 08-1471
Post Office Box 711                              Request No. 1109697
Menard, IL  62259                                 ADW:RMF


Dear Mr. Penny:

  You appealed from the action of the Chicago Field Office of the Federal Bureau of Investigation on your request for access to records pertaining to Clara Penny. By letter dated March 11, 2008, this Office informed you that the FBI had no record of your request. I regret any confusion this administrative error may have caused.

  After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no records responsive to your request in its automated or manual indices. I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

  If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

        Sincerely,


        Janice Galli McLeod
        Associate Director



U.S. Department of Justice



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 10, 2008

MR. MICHAEL PENNY
**N-13945
POST OFFICE BOX 711
MENARD, IL 62259

Request No.: 1109695- 000
Subject: PENNY, MICHAEL

Dear Mr. Penny:

This is in further response to your Freedom of Information-Privacy Acts (FOIPA) request.

A search of the indices to our central records system at FBI Headquarters reflected there were documents potentially responsive to your request. This office has attempted to obtain this material so that it could be reviewed for responsiveness. We were advised the records were not in their expected location and could not be located. Following a reasonable waiting period, another attempt was made to obtain this material. This also was met with unsuccessful results. Therefore, we are closing your request administratively.

You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

June 18, 2008 1 of 2

Appeal Officer
Co-Director
Office of Information and Privacy
U.S. Departm~~~ ~~ J~~tice
1425 New Y~rk Ave., NW, ~~~'+~ 11050
Washington, D.C. 20530-0001

Request No: 1109695-000

Subject: Penny, Michael

Re: Appeal of Denial of Privacy Act and Freedom of Information Act
    Access Request

        Dear Co-Director,
            This is an appeal under the Privacy Act and the Fr-
eedom of Information Act of the denial of my request for access to
records or documents.

            On November 9, 2007, I requested access to records
under the Privacy Act of 1974 and the Freedom of Information Act.
My request was assigned the following identification number listed
above. On June 16, 2008, I received a response to my request in a
letter signed by David M. Hardy, Section Chief, Record/Information,
Dissemination Section, Records Management Division. I appeal the
denial of my request.

            The records or documents that were withheld should
be disclosed to me because the search of your indices to your cen-
tral records system at FBI Headquarters, reflected there were doc-
uments potentially responsive to my request; however the Central
Headquarters allegedly attempted to obtain the request material,
so that it could be reviewed for responsiveness, but were advised
that the documents were not in their expected location!

            Please, consider as well that this appeal is also
made under the Freedom of Information Act. I would appreciate it
if you would provide any additional information that may be avail-
able under the FOIA.

exhibit CC
2 of 2

In closing, I would like to thank you for your consideration of this appeal.

Respectfully submitted,

/s/ *Michael Penny*

Michael Penny N-13945
P.O. Box 711
Menard, Il 62259

2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


MICHAEL PENNY
P.O. BOX 711
MENARD, IL 62259
N-13945


    vs.                               CIVIL ACTION NO. _____


U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
WASHINGTON, D.C. 20530-1000


### NOTICE OF FILING

PLEASE TAKE NOTICE that on the _13_ day of _Aug_____,
2008. I shall file with the U.S. District Court Clerk of the
District of Columbia, the attached Original signed Complaint
and the Original signed Application to Proceed Without Prepay-
ment of Fees Affidavit, and Consent to Collection of Fees from
Trust Account Forms, and a six month audit, pursuant to: 5 USC
§ 552(a)(4)(B),.
a copy of which is hereby served upon you.

By: _Michael Penny_____

         Michael Penny N-13945
         P.O. Box 711
         Menard, IL 62259
         Pro se

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MICHAEL PENNY
P.O. BOX 711
MENARD, IL 62259
N-13945


vs.                                  CIVIL ACTION NO. _____


U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
WASHINGTON, D.C. 20530-1000


## COMPLAINT

Plaintiff, invokes Haines v. Kerner, 404 U.S. 519 (1972), as a Pro se, litigant and ask earnestly this Honorable Court, to allow plaintiff, to proceed as such.

Now comes Plaintiff, Michael Penny, N-13945, who presently resides at Menard Correctional Center, P.O. Box 711, Menard, IL 62259, complaining of defendant: United States Marshals Service.

1). This is a proceedings for Declaratory and Injunctive Relief, pursuant to: Fed.R.Civ.P. Rule 57 and 65(d), in a case of actual controversy arising pursuant to: 5 USC § 552/552a et seq.

2). So far as herein relevant, the said Federal Freedom of Information/Privacy Act, is to be broadly construed in favor of disclosure, and designed to promote disclosure of information and therefore, the Act, is to be construed with the view to disclosure, not secrecy, and exemptions from it are not to

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MICHAEL PENNY
P.O. BOX 711
MENARD, IL 62259
N-13945


    VS.                          CIVIL ACTION NO. _____


U.S. DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE
WASHINGTON, D.C. 20530-1000


**COMPLAINT**


/S/ _Michael Penny_
MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, IL 62259
Pro se,

be read broadly.

3). On October 16, 2006, plaintiff, issued a thirteen part series Freedom of Information/Privacy Act request letter by certified mail # 7005 0390 0003 9235 4570. On November 7, 2006, the U.S. Marshals Service, was in receipt of this (FOI/PA) request letter, by William E. Bordley, Associate General Counsel (FOI/PA) Officer, of the Office of General Counsel. (See Exhibit A)

4). On November 7, 2006, the U.S. Marshals Service, responded that their agency was in receipt of plaintiff's thirteen part series request, and that their agency have commenced a search for documents responsive to plaintiff's request, and when their processing is completed, plaintiff would be contacted. (See Exhibit B)

5). On October 23, 2006, the U.S. Marshals Service, was in receipt of this request as shown by the delivery return receipt. Pursuant to: 5 USC § 552(6)(A), an agency upon any request for records made under paragraph (1),(2),(3), of this subsection, shall determine within ten (10) working days after the receipt of any such request, whether to comply with such a request and shall immediately notify the person making such a request of such determination and the reasons therefore, and of the right of such person to appeal to the head of the agency, any adverse decision, this provision was not complied with. (See Exhibit C)

6). On November 7, 2006, the (FOI/PA) request letter was issued request # 2007 USMS 10002. On December 26, 2006, the U.S. Marshals Service, responded to request # 2007 USMS 10002,

2

which was (27) working days past the extent reasonably necess-
ary to properly process a particular request, pursuant to 5
USC § 552(A)(i),(ii),(B)(i),(ii),(iii). Pursuant to the discl-
osure of the requested records or documents, the U.S. Marshals
Service, conducted a search of its files and located documents
that were not responsive to plaintiff's request. The documents
that were being released was not connected with the actual re-
quest, and certain documents or portions of of those documents
were being withheld pursuant to: 5 USC § 552(b)(7)(c) and (b)
(2). (See Exhibit D)

7). On February 8, 2007, plaintiff, filed an Administrat-
ive Appeal, pursuant to: 5 USC § 552(6)(ii), that a determina-
tion with respect to any appeal within twenty (20) working days
after receipt of such appeal from the action of the U.S. Mars-
hals Service. Plaintiff, being dissatisfied regarding the act-
ions of the U.S. Marshals Service, filed an appeal to request
# 2007 USMS 10002, by certified mail # 7000 0520 0012 0032
3171, to the Director of the Office of Information and Privacy,
U.S. Department of Justice, Flag Building, Room 570, Washington,
D.C. 20530. (See Exhibit E)

8). On march 1, 2007, in response to plaintiff's appeal
letter # 2007 USMS 10002, date February 8, 2007. The Director
of the Office of Information and Privacy, which has the respo-
nsibility for adjudicating such appeals, issued an assign app-
eal # 07-0701, by Nakeitha O. Gilbert, for Priscilla Jones,
Supervisory Adminisstrative Specialist. (See Exhibit F)

9). Pursuant to: 5 USC § 552(6)(A)(ii), The Director's
Office of Information and Privacy, which has the responsibil-

ity for adjudication of such appeal within twenty (20) days
after the receipt of such appeal. Pursuant to: 5 USC § 552(6)
(C), Any person making a request to any agency for records un-
der paragraph (1), (2), or (3) of this subsection shall be
deemed to have exhausted his administrative remedies with re-
spect to such request if the agency fails to comply with the
applicable time limit provisions of this paragraph. This age-
ncy has failed to comply with this subsection.

10). Plaintiff, submitted his appeal letter on February 8,
2007, and on March 1, 2007, The Office of Information and Pri-
vacy, has the responsibility for adjudicating such an appeal;
however after issuing the appeal number, the Office of Infor-
mation and Privacy, has failed to respond to the provisions
of this subsection, and plaintiff seeks to file for judicial
review under paragraph (4), regarding the agency's failure to
respond.

11). On January 28, 2008, plaintiff submitted a correspon-
dence letter, to U.S. Department of Justice, U.S. Marshals
Service; Office of General Counsel, William E. Bordley, Asso-
ciate General Counsel/FOI/PA Officer, requesting Privacy Waiver
and Certification of Identity Forms, for request # 2007 USMS
100002; appeal # 07-0701, attached to this complaint are con-
sent forms from those subjects of the disclosure of informat-
ion request: Tammie Brown, Rodney Williams, Jonathan Penny,
and Clara Penny. (See Exhibit G)

WHEREFORE, Plaintiff, prays this Honorable Court grant discl-
osure of request information, which is at dispute, and grant

4

trial by jury in this matter, and pursuant to: 5 USC § 552(a0 (4)(B), (F), (G), and any other relief the Court deem appropriate.

Date: _Aug. 13_____, 2008

Respectfully submitted,

/s/ ~Michael Penny

Michael Penny N-18945
P.O. Box 711
Menard, IL 62259
Pro se

5

MICHAEL PENNY N-13945
vs.
UNITED STATES MARSHALS SERVICE


## <u>APPENDIX</u>

1). Affidavit- Complaint pursuant to 5 USC § 552(a)(4)(B), and
   Application To Proceed Without Prepayment Of Fees Affidavit

2). Exhibit A- 4 of 4

3). Exhibit B- 1 of 1

4). Exhibit C- 1 of 1

5). Exhibit D- 4 of 4

6). Exhibit E- 4 of 4

7). Exhibit F- 1 of 1

8). Exhibit G- 5 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATE OF ILLINOIS )
                  ) SS
RANDOLPH COUNTY   )

## AFFIDAVIT

I, Michael Penny, N-13945, declare under oath and penalty of perjury, the following statement to be true and correct to the best of my knowledge and belief in support of attached: Complaint pursuant to 5 USC § 552(a)(4)(B), and Application to Proceed without Prepayment of Fees Affidavit, Collection of Fees from Trust Account forms, and Six Month Audit.

1). I am Plaintiff in the above caption.

2). I have read the Complaint and have knowledge of its contents and supporting documentation; and

3). Under penalties as provided by law pursuant to 28 USC 1746, 18 USC 1621, I declare, under penalty of perjury, that I am a named party in the action, that the information contained therein is true and correct to the best of my knowledge.

Date: _Aug 13_____, 2008          /s/ _Michael Penny_____
                                  Michael Penny N-13945
                                  P.O. Box 711
                                  Menard, IL 62259
                                  <u>Pro se</u>

U.S. MARSHALS SERVICE - ROOM 2444

219 So. DEARBORN

CHICAGO, ILLINOIS 60604

FREEDOM OF INFORMATION / PRIVACY ACT REQUEST FORM
5 U. S. C. 552
5 U. S. C. 552(a)


REQUESTOR'S

DATE REQUESTED: 10/16/06

MICHAEL PENNY N-13945          CERTIFICATION (YES)
P. O. BOX 711
MENARD, IL 62259
DATE OF BIRTH & PLACE: 9/23/60, COOK COUNTY, IL


RE: WARRANT OF SEIZURE & MONITION No. 89 C 2736
UNITED STATES OF AMERICA
         PLAINTIFF,
         V.
- ALL ASSETS & EQUIPMENT OF WEST SIDE BUILDING CORPORATION, 1801
WEST ADAMS ST. CHICAGO, IL 60612

- ALL ASSETS & EQUIPMENT OF H & J CONSTRUCTION COMPANY, 1759 WEST
ADAMS ST. CHICAGO, IL 60612

JONATHAN PENNY & CLARA PENNY
         DEFENDANTS ET. AL.

CLARA PENNY No. 89 C 2736
         CLAIMANTS ET. AL.


NAME OF AGENCY

UNITED STATES MARSHALS SERVICE
C/O FREEDOM OF INFORMATION ACT OFFICER
219 So. DEARBORN ST. ROOM 2444
CHICAGO, IL 60604


DESCRIPTION OF RECORDS OR DOCUMENTS REQUESTED
PURSUANT TO: 5 U. S. C. 552 /552(a). I HEREBY REQUEST THE FOLLOWING :

1). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A SEARCH WARRANT
BEING EXECUTED, ON 8-16-90, BY AREA 4'S NARCOTICS UNIT, 064. ISSUED
FOR THE NAME OF MICHAEL PENNY, FOR 4901 W. CONGRESS, CHICAGO, IL
60654, BETWEEN THE HOURS OF 3PM. TO 5PM.

2). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A LEASE AGREEMENT
ISSUED BY THE U. S. MARSHALS, BETWEEN THE FEDERAL GOVERNMENT &
MICHAEL PENNY, ON OR ABOUT THE MONTH OF APRIL OF 1989, FOR 4901 W.
CONGRESS, CHICAGO, IL 60654.

3). ANY & ALL RECORDS OR DOCUMENTS CONCERNING U. S. MARSHALS BEING
LOGGED OUT OR DISPATCHED TO ASSIST, AREA 4'S NARCOTICS UNIT, 064,
IN THE EXECUTION OF A SEARCH WARRANT, ON PROPERTY SEIZED BY THE U. S.
MARSHALS SERVICE, (No. 89 C 2736) ISSUED IN THE NAME OF MICHAEL
PENNY, AT 4901 W. CONGRESS, CHICAGO, IL 60654. ON 8-16-90, BETWEEN THE
HOURS OF 3PM. TO 5PM.

4). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A LEASE AGREEMENT BEING TRANSFERRED BY THE U. S. MARSHALS SERVICE FROM MICHAEL PENNY, TO TAMMY BROWN, DURING THE YEAR OF 1990, FOR 4901 W. CONGRESS, CHICAGO, IL 60654.

5). ANY & ALL RENT RECEIPTS PERTAINING TO MICHAEL PENNY, & TAMMY BROWN PAID TO THE U. S. MARSHALS SERVICE & AMERICAN HERITAGE MANAGEMENT, 701 BURNHAM AVE, CALUMET CITY, IL 60409. (708) 891-2200. DURING THE YEARS OF 1989 TO 1997, FOR 4901 W. CONGRESS, CHICAGO, IL 60654.

6). ANY & ALL RECORDS OR DOCUMENTS IN THE POSSESSION OF THE U. S. MARSHALS SERVICE PERTAINING TO MICHAEL PENNY, & TAMMY BROWN, BEING OCCUPANTS, AT 4901 W. CONGRESS, CHICAGO, IL 60654. ON OR ABOUT THE YEARS OF 1990 TO 1997.

7). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO A LEASE AGREEMENT BEING TERMINATED BY THE U. S. MARSHALS SERVICE CONCERNING MICHAEL PENNY'S ARREST, STATING A VIOLATION OF THE LEASE AGREEMENT PROCEDURES, ON 8-16-90.

8). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO WHY TAMMY BROWN, WAS ALLOWED TO SIGN A LEASE AGREEMENT BY THE U. S. MARSHALS SERVICE AFTER THE LEASE WAS TERMINATED, BY THE U. S. MARSHALS SERVICE FOR MICHAEL PENNY, FOR 4901 W. CONGRESS, CHICAGO, IL 60654. DURING THE YEAR OF 1990.

9). ANY & ALL RECORDS OR DOCUMENTS & INFORMATION PERTAINING TO THOSE INDIVIDUALS OR INDIVIDUAL, WHO LIVED WITH MICHAEL PENNY, ON OR ABOUT THE MONTHS OF JUNE THRU UNIT LEASE TERMINATION OF 1990.

10). ANY & ALL RECORDS OR DOCUMENTS & INFORMATION CONCERNING THOSE INDIVIDUALS OR INDIVIDUAL, WHO WERE LIVING THERE WITH TAMMY BROWN, AT 4901 W. CONGRESS, CHICAGO, IL 60654. ON OR ABOUT THE MONTH OF JUNE UNTIL THE SIGNING OF A NEW LEASE AGREEMENT FOR THE YEAR OF 1990.

11). ANY & ALL EXCULPATORY STATEMENTS THAT WERE TAKEN DURING ANY INVESTIGATION OF INVESTIGATING THE NEIGBORHOOD CONCERNING THE OCCUPANTS OF 4901 W. CONGRESS, CHICAGO, IL 60654, THAT WERE LIVING THERE.

12). ANY & ALL RECORDS OR DOCUMENTS PERTAINING TO MICHAEL PENNY, & TAMMY BROWN, LIVING TOGETHER AT 4901 W. CONGRESS, CHICAGO, IL 60654. DURING THE EXECUTION OF THE WARRANT OF SEIZURE & MONITION UNTIL CLOSURE OF CASE No. 89 C 2736, WAS COMPLETE.

13). ANY & ALL RECORDS OR DOCUMENTS & REFERENCE TO THE OCCUPANTS OF 4901 W. CONGRESS, CHICAGO, IL 60654, MADE BY THE U. S. MARSHALS SERVICE, WALTER RUSSELL, OR ANY MARSHALS ASSIGN TO SEIZURE & FORFEITURE DEPARTMENT, CONCERNING MICHAEL PENNY, & TAMMY BROWN.

UNDER THE STATUE: 5 U. S. C. SECTION 552 & SECTION 552(a), ON WHICH THE DENIAL IS BASED, IF ALL OR ANY PART OF THIS REQUEST IS DENIED. PLEASE, LIST THE SPECIFIC EXEMPTIONS, WHICH IS (ARE) BEING CLAIMED TO WITHHOLD INFORMATION. IF YOU DETERMINE THAT SOME PORTIONNS OF THE REQUESTED MATERIAL ARE EXEMPT, I WILL EXPECT, AS THE ACT PROVIDES, THAT YOU WILL PROVIDE ME WITH THE REMAINING NON-EXEMPT PORTIONS.

I, OF COURSE, RESERVE THE RIGHT TO APPEAL ANY DECISION TO WITHHOLD INFORMATION & EXPECT THAT YOU WILL LIST THE ADDRESS, & OFFICE, WHERE SUCH AN APPEAL CAN BE SENT. AS YOU KNOW, THE AMENDED (FOIA), REQUIRES

YOU TO REDUCE OR WAIVE SEARCH & / OR COPYING FEES, WHEN RELEASE OF THE
REQUESTED INFORMATION WOULD BE " IN THE PUBLIC INTEREST ".

I PRAY TO RECEIVE THE REQUESTED INFORMATION WITHIN (20) DAYS OF YOUR
RECEIPT OF THIS REQUEST LETTER.

RESPECTFULLY SUBMITTED,

/S/ *Michael Penney*

MICHAEL PENNY N-13945
P. O. BOX 711
MENARD, IL 62259

cc:mp

**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

---

*Washington, DC 20530-1000*

NOV 1 7 2006

Michael Penny
IDOC No. N-13945
Menard Correctional Center
Menard, IL. 62259

### Re: Freedom of Information/Privacy Act (FOI/PA) Request No. 2007USMS10002

Dear Mr. Penny:

The United States Marshals Service is in receipt of your Freedom of Information Act request for seized property records maintained by this Bureau. We have commenced a search for documents responsive to your request and will contact you when our processing is complete.

Although we are unable to determine at this time the amount of fees to be charged to you, if any, the filing of your request constitutes your agreement to pay all applicable fees that may be charged under 28 C.F.R. § 16.11 or § 16.49, up to $25.00. You will be notified as soon as practicable if the estimated or actual fee for satisfying your request exceeds $25.00.

If you have any questions concerning your request, please contact Kevin King at the address indicated above or call (202) 307-9054.

Sincerely,

*for* William E. Bordley
Associate General Counsel/FOIPA Officer
Office of General Counsel

Exhibit C

1 of 1

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Penny
N1395

| | |
|---|---|
| Postage | $ 63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

OCT
Postmark
Here

Sent To Freedom of Info Act officer
Street, Apt No; 219 S. Dearborn · RM 2444
or PO Box No.
City, State, ZIP+4 Chicago IL 60604

7005 0390 0003 9235 4570

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freedom of Information Act officer
219 S. Dearborn street
Room 2444
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0003 9235 4570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*Return back to me!*

**U.S. Department of Justice**

United States Marshals Service

*Exhibit O*

*Office of General Counsel*

*1 of 4*

*Received 12-26-06*

*Washington, DC 20530-1000*

DEC    2006

Michael Penny
IDOC No. –13945
Menard Correctional Center
Menard, IL. 62259

Re: **Freedom of Information/Privacy Act Request No. 2007USMS10002**
**Subject of Request: Self; Seizure Warrant No. 89 C 2736**

Dear Mr. Penny:

The United States Marshals Service is responding to your request for records pertaining to the above subject.

Pursuant to your request, [X] the Marshals Service conducted a search of its files and located documents which are responsive, or [ ] the Marshals Service received documents referred from another agency for disclosure determination and direct response to you. The paragraphs checked below apply:

[ ] All documents located or [ ] all documents referred from another agency are being released to you without deletions.

[X] Documents are being released to you; however, certain documents or portions of documents are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and/or the Privacy Act, 5 U.S.C. § 552a. Please refer to the list on page 2 of this letter for a description of information being withheld and the basis for withholding.

[ ] Our search located documents which originated with or contains information which originated with other components of the Department of Justice or with other government agencies.

[ ] Information contained in Marshals Service records which originated with another agency and a copy of your request have been referred to the originator(s) for consultation in accordance with 28 C.F.R. § 16.4 and/or § 16.42. The Marshals Service will correspond with you again upon completion of this consultation.

[ ] Records which originated with other agencies and a copy of your request have been referred to the originators for disclosure determination and direct response to you in accordance with 28 C.F.R. § 16.4 and/or § 16.42.

[ ] Your request is being denied pursuant to the Freedom of Information Act and/or Privacy Act exemption(s) identified by mark(s) on the following list.

[X] If you are dissatisfied with my action on this request, you may appeal from this partial denial by writing to the Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Room 570, Washington, D.C. 20530, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

[X] The enclosed material is provided for your further information.

Sincerely,

*Arleta D. Cunningham*

William E. Bordley
Associate General Counsel/FOIPA Officer
Office of General Counsel

Enclosures

| | |
|---|---|
| Number of Documents Located or referred from another agency: | 5 |
| Number of Documents Released: | 5 |
| Number of Documents Referred to another agency: | 0 |
| Number of Documents Withheld: | 0 |

Freedom of Information Act
5 U.S.C. § 552

Privacy Act
5 U.S.C. § 552a

Exemptions cited

[ ] (b)(1)  [X] (b)(2)  [ ] (b)(3)       [ ] (d)(5)  [ ] (j)(2)
[ ] (b)(4)  [ ] (b)(5)  [ ] (b)(6)       [ ] (k)(1)  [ ] (k)(2)
[ ] (b)(7)(A)  [ ] (b)(7)(B)             [ ] (k)(5)  [ ] (k)(6)
[X] (b)(7)(C)  [ ] (b)(7)(D)
[ ] (b)(7)(E)  [ ] (b)(7)(F)

Description of Information Withheld:

[X] Administrative marking(s)
[X] Names of and/or information on government employees
[X] Names of and/or information pertaining to third-party individual(s)
[ ] Names of and/or information pertaining to other prisoners
[ ] Confidential source information
[ ] Other: _____
_____
_____

# FREEDOM OF INFORMATION ACT
## 5 U.S.C. § 552

Disclosure mandates of the Freedom of Information Act do not apply to matters that are--

(b)(1)  specifically authorized and properly classified pursuant to an Executive order to be kept secret in the interest of national defense or foreign policy;

(b)(2)  related solely to the internal rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by another statute;

(b)(4)  privileged or confidential trade secrets and commercial or financial information obtained from a person;

(b)(5)  predecisional information, including attorney work-product and attorney-client material, reflective of the deliberative process and  contained in inter-agency or intra-agency correspondence which is not routinely available to a private party in litigation with an agency;

(b)(6)  personnel, medical and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes to the extent that the production of such records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and , in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, (E) would disclose techniques and procedures for law enforcement investigation or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

## PRIVACY ACT
## 5 U.S.C. § 552a

(d)(5)  Nothing in the Privacy Act shall allow an individual access to any information compiled in reasonable anticipation of civil action or proceeding.

**Further, an agency may exempt from the access provisions and other provisions of the Privacy Act:**
(j)(2)  Material related to the enforcement of criminal laws including efforts to prevent, control or reduce crime or to apprehend criminals;

(k)(1)  Material specifically authorized and properly classified pursuant to an Executive order to be kept secret in the interest of national defense or foreign policy;

(k)(2)  Material compiled during civil investigations for law enforcement purposes;

(k)(5)  Investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment, military service, Federal contracts, or access to classified information, the disclosure of which would reveal the identity of a source who furnished information to the Government under an express promise that the source's identity would be held in confidence, or pursuant to an implied promise of confidentiality if such information was furnished prior to September 27, 1975.

(k)(6)  Testing or examination material used solely to determine individual qualifications for appointment or promotion in the Federal service.

# LEGAL MAIL RECEIPT

## MENARD CORRECTIONAL CENTER, MENARD, IL 62259

RESIDENT _Jerry_ REGISTER NO. _N13945_ LOCATION _N1 3__

FROM MAIL OFFICE                    DATE _12/26/06_

LEGAL MAIL FROM: _US Dept of Justice, Wash DC_

SIGNATURES: _____ DATE _12 26 06_
OFFICER HANDLING OUT LEGAL MAIL

_____ DATE _26-06_
INMATE RECEIVING LEGAL MAIL

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 436-0200
DCA-16174

## FREEDOM OF INFORMATION / PRIVACY ACT APPEAL LETTER

### 5 U.S.C. § 552

### 5 U.S.C. § 552(a)

DATE SUBMITTED: Feb 8, 2007

CERTIFICATION: (YES)

### REQUESTOR'S NAME

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, ILLINOIS 62259
DATE OF BIRTH: 9/23/60
PLACE OF BIRTH: COOK COUNTY, ILLINOIS

RE : (FOI/PA) APPEAL LETTER, APPEALING FROM A PARTIAL DENIAL
      No. 2007 USMS 10002. SUBJECT OF APPEAL; SELF SEIZURE
      WARRANT. No. 89 C 2736.

### AGENCY NAME

U.S. DEPT. OF JUSTICE
ATTN: DIRECTOR
FLAG BUILDING, ROOM 570
WASHINGTON, D.C. 20530

          This is an appeal Pursuant to subsection (a)(6)
of the (FOI/PA) as amended (5 U.S.C. § 552 552(a) et. seq'l

          On December 15, 2006, I received a letter from Aileta
D. Cunningham, for William E. Bordley, Associate General Counsel,
(FOI/PA) Officer, of the office of General Counsel. Denying my
request, in part, for information regarding Self; Seizure
Warrant No. 89 C 2736.

          I requested records or documents pertaining to myself
and occupants that shared the premises with me, and I requested
any and all information regarding an execution  of a search
warrant, on 8/16/90, by the Chicago Police Dept., being executed
on one of the seized properties under the Seizure Warrant No.
89 C 2736, at 4901 W. Congress, Chicago, Il 60624, leased to
me.

This reply indicated that an appeal letter could be sent to you. I am enclosing, a copy of my exchange of correspond--ence with your agency. So, that you can see exactly what files I have requested and the insubstantial grounds on which my request has been denied.

You will note that your agency has withheld the entire information sought that I requested. Since, the (FOI/PA) provides that any reasonably segregable portion of a record shall be provided to any person requesting such record after deletion of the portions which are exempt. I believe that your agency has not complied with the (FOI/PA).

At issue in this appeal are sections (e)(5), (g)(1)(c), and (g)(4), of the Privacy ACT. Section (e)(5), provides that each agency that keeps a system of records must "maintain all records with such accuracy, relevance, timeliness, and complete--ness, as is reasonably necessary to assure fairness to the individual in the determination".

Section (g), of the ACT, provides civil remedies, for violations of section (e)(5). In particular, section (g)(1)(c), permits a civil action, if an agency, "fails to maintain any record concerning any individual, and consequently, a determin--ation is made which is adverse to the individual"

5 U.S.C. § 552(a), (g)(1)(c), and section (g)(4), provides that in any action brought under section (g)(1)(c), "in which the court determines that the agency, acted in a manner which was intentional or willful", the United States, shall be liable for actual damages sustained by the individual.

The District Court has a statutory obligation to carry out a de novo review of an agency's claim of exemption(s).

(FOIA)'s law enforcement records exemptions does not permit the Government, to withhold all information merely because that information was complied for law enforcement purposes; instead, an agency seeking to shield records or information behind exemptions, must show that, that disclosure could reason--ably be expected perceptibly to interfere with an enforcement proceeding.

In the instant matter before you, there's no percept--ible inference, because of the finality of the investigation regarding Seizure Warrant No. 89 C 2736, and Self. I believe that there must be additional segregable portions which do not fall within the (FOI/PA) exemption(s) and which must be released. In your agency's correspondence, dated December 15, 2006, the exemption(s) cited withheld under (b)(2), and (b)(7)(c), appears to indicate that there is an ongoing investigation still active.

So, to state those exemption(s) as a cause for with-
-holding the requested information, and if this is the case, it
is impossible that the substance of this denial could be properly
classified.

The correspondence dated, December 15, 2006, refers to
descriptions of information withheld: Administrative Marking(s),
and Names of and/or information on government employees, and
Names of and/or information pertaining to third-party indivduals,
However, those exemptions given does not reflect the Privacy ACT,
The Privacy ACT, establishes my right to correct, amend, or
expunge records, in which the information regarding me, is not
accurate, relevant, timely, or complete.

No, privacy interest is served by withholding and I
trust that upon examination of my request, you will conclude that
the records, I have requested are not properly covered by the
exemptions stated, of the amended (FOI/PA), and that you will
overrule the decision to withhold the information.

If you choose instead to continue to withhold some or
all of the material which was denied in my initial request, to
your agency. I ask that you give me an index of such material,
together with the justification, for the denial of each item
which is still withheld.

As provided in the ACT, I will expect to receive a
reply to this Administrative Appeal letter within (20) working
days. If, you deny this appeal letter, and do not adequately
explain why the material withheld, is properly exempt, I intend
to initiate a lawsuit to compel its disclosure.

I look forward to your response to this appeal.

Respectfully submitted,

/s/ *Michael Penny*

MICHAEL PENNY N-13945
P.O. BOX 711
MENARD, ILLINOIS, 62259

cc:u.s. dept. of justice
mp:·

3

EXHIBIT E

4 of 4

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sanity Parker* | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*) FEB 0 8 2007 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>UNITED STATES Department<br>of JusTice<br>ATT: DIrector<br>office of INFormation<br>And Privacy<br>Flag Building, ROOM 570<br>Washington, D. C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:    ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)    ☐ Yes | |
| 2. Article Number<br>(*Transfer from service label*)    7000 0520 0012 0032 3171 | | |
| PS Form 3811, February 2004    Domestic Return Receipt | | 102595-02-M-1540 |

Exhibit B

1 of 1

**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                _Washington, D.C. 20530_

MAR 0 1 2007

Mr. Michael Penny
No. N-13945
P.O. Box 711
Menard, IL 62259

     Re:  Request No. 2007USMS10002

Dear Mr. Penny:

     This is to advise you that your administrative appeal from the action of the United States Marshals Service was received by this Office on February 16, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-0701**.  Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                Sincerely,

                Priscilla Jones
                Supervisory Administrative Specialist

January 28, 2008

U.S. DEPT. OF JUSTICE
UNITED STATES MARSHALS SERVICE
OFFICE OF GENERAL COUNSEL
WILLIAM E. BORDLEY
ASSOCIATE GENERAL COUNSEL / FOIPA OFFICER
WASHINGTON, D.C. 20530-1000

Request No: 2007 USMS 10002

Appeal No: 07-0701

RE: PRIVACY WAIVER AND CERTIFICATION OF IDENTITY FORMS

Dear William E. Bordley,
ASSOCIATE GENERAL COUNSEL

My name is Michael Penny, N-13945, I'm presently incarcerated here at the Menard Correctional Center, P.O. Box 711, Menard, IL 62259.

I'm corresponding with your agency pertaining to the subject matter listed above. I want to inquire into whether or not, your agency have its own Privacy Waiver and Certification of Identity Forms, for processing (FOIA/PA) request for records pertaining to another individual(s) consent to records maintained by your department?

If so, I would like to request three (3) copies of your particular forms from your agency, for the subject of my request to prepare and complete for the required descriptive data, but if there's some other form to which is required, please forward that particularize form or information specifying what is required for your agency to process the request pursuant to the ACT.

In closing, I would like to thank you in advance for your consideration regarding this request for information.

Sincerely Yours,

Michael Penny



U.S. Department of Justice

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _Tammie Brown_

Citizenship Status [2] _U.S._      Social Security Number [3] _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_

Current Address _146 29 Beach view Terrace Dolton IL 60419_

Date of Birth _12/23/64_      Place of Birth _Chicago, Illinois_

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Tammie Brown_      Date _4-11-08_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

### MICHAEL PENNY N-13945, P.O. BOX 711, MENARD, IL 62259
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]  _Rodney Williams_

Citizenship Status [2]  _US_          Social Security Number [3]  _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_

Current Address  _1357 N Waller Chicago IL 60651_

Date of Birth  _04-10-69_          Place of Birth  _Mt. Bayou MS._

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]  _Rodney Williams_          Date _07-21-08_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**MICHAEL PENNY N-13945, P.O. BOX 711, MENARD, IL 62259**
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   JONATHAN PENNY

Citizenship Status [2] U.S. CITIZEN          Social Security Number [3]   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

Current Address  FEDERAL PRISON CAMP, MONTGOMERY, AL  36112

Date of Birth  8-12-1935          Place of Birth  CLARKSDALE, MISSISSIPPI

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature _Jonathan Penny_          Date  3-25-08

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

MICHAEL PENNY N-13945, P.O. BOX 711, MENARD, IL 62259
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

Exhibit G
5 of 5



**U.S. Department of Justice**

# Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   *Clara Penny*

Citizenship Status [2]   *U.S.*          Social Security Number [3]   *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*

Current Address   *5914 South Wood Street   Chicago, Il. 60636*

Date of Birth   *07-03-40*          Place of Birth   *Jackson, Miss.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   *Clara Penny*          Date   *04-14-08*

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

MICHAEL PENNY N-13945, P.O. BOX 711, MENARD, IL 62259
**Print or Type Name**

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


MICHAEL PENNY
P.O. BOX 711
MENARD, IL 62259
N-13945


  vs.         CIVIL ACTION NO. _____


U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537


NOTICE OF FILING


TO: U.S. DISTRICT COURT CLERK'S OFFICE
  333 CONSTITUTION AVENUE, NW, ROOM 1225
  WASHINGTON, D.C. 20001


  PLEASE TAKE NOTICE that on the _13_ day of _Aug_,
2008. I shall file with the U.S. District Court Clerk of the
District of Columbia, the attached Original signed Complaint
and the Original signed Application to Proceed Without Prepay-
ment of Fees Affidavit, and Consent to Collection of Fees from
Trust Account Forms, and a six month audit, pursuant to: 5 USC
§ 552(a)(4)(B),.
a copy of which is hereby served upon you.


        By: _Michael Penny_
        Michael Penny N-13945
        P.O. Box 711
        Menard, IL 62259
        Pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


MICHAEL PENNY
P.O. BOX 711
MENARD, IL 62259
N-13945

    VS.                    CIVIL ACTION NO. _____

U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537


**COMPLAINT**


/S/ _Michael Penny_
MICHAEL PENNY (N-13945
P.O. BOX 711
MENARD, IL 62259
Pro se,

08-1467
RMU

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Michael Penny

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (DR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# N-13945

**DEFENDANTS**

US Dept of Justice

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:08-cv-01467
Assigned To : Urbina, Ricardo M.
Assign. Date : 8/25/2008
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

X 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
X 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ 0    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)    ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 8/25/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.